**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

June 2, 2023

**VIA ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 6/6/2023

Re: *Ni v. HSBC Bank USA, N.A.*
No. 1:23-cv-00309

Dear Judge Parker:

We are counsel for the Plaintiffs in the above referenced matter. We write, jointly with Defendant, pursuant to Your Honor's Individual Rule §3(d) to request that the Court permit Plaintiff to redact and refile Exhibit A (Dkt. 28-1) to Plaintiff's First Amended Complaint.

Defendant has contacted Plaintiff's counsel stating that a portion of Plaintiff's Exhibit A, filed to the Docket at 28-1 contains sensitive non-public information regarding HSBC's business practices. Specifically, Defendant seeks the removal and re-filing of Exhibit A, so as to redact all branch balance information from the document. The parties have attached to this letter their proposed Exhibit A with the parties agreed upon redactions.

While a "judicial document" or "judicial record" is a filed item that is "relevant to the performance of the judicial function and useful in the judicial process," the parties believe that at a balancing the value of public disclosure and "countervailing factors" such as "the privacy interests of those resisting disclosure" weigh in favor of permitting the redaction in this matter. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir.2006) (internal quotation marks omitted). Moreover, the nature of the document, as an ancillary document to a Complaint, and not as a substantive document supporting a motion for summary judgment, also weighs in favor of the privacy interest of Defendant HSBC.

To help address the balance of factors, the parties have proposed a minimal amount of redaction as may be seen from the proposed Exhibit A attached hereto.

We thank Your Honor for co

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee

**SO ORDERED:**
Katharine H Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
6/6/2023

Having reviewed the parties' submissions, the Court is satisfied that the proposed redactions and sealing are proper under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Because of the ancillary nature of the redacted material to the Complaint, the presumption of access to the information at issue is relatively low compared to the interested parties' privacy interests related to confidential branch balance information.

# EXHIBIT A

HSBC Peer Group Summary

Go Home

| Peer Group | Rank | Employee Name | Measure (KPI Category: GROWTH KPI; KPI Name: Customer Acquisition; Sub Metric: Customer Acquisition) Performance Expectation | Actual | % to Performance | New Advance Actual | Upgraded Advance Actual | New Personal Actual | Mortgage & Home Equity Performance | Mortgage & Home Equity Actual | % to | Mortgage Actual | Home Equity Actual | Unsecured Lending Performance Expectation | Actual | % to | Credit Cards Actual | Select Credit Actual | Personal Loans Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 192 | 1,067% | 26 | 104 | 62 | 2 | 3 | 150% | 2 | 1 | 18 | 35 | 194% | 8 | 27 | - |
| | 2 | | | 130 | 722% | 30 | 36 | 64 | 2 | - | - | - | - | 18 | 75 | 417% | 18 | 56 | 1 |
| | 3 | | | 149 | 828% | 23 | 85 | 41 | 2 | - | - | - | - | 18 | 41 | 228% | 26 | 15 | - |
| | 4 | | | 134 | 744% | 44 | 88 | 2 | 2 | - | - | - | - | 18 | 49 | 272% | 16 | 33 | - |
| | 5 | | | 125 | 694% | 21 | 67 | 37 | 2 | - | - | - | - | 18 | 52 | 289% | 21 | 31 | - |
| | 6 | | | 119 | 661% | 35 | 67 | 17 | 2 | - | - | - | - | 18 | 80 | 444% | 42 | 38 | - |
| | 7 | | | 115 | 639% | 32 | 60 | 23 | 2 | - | - | - | - | 18 | 55 | 306% | 28 | 26 | 1 |
| | 8 | | | 106 | 589% | 32 | 51 | 23 | 2 | 1 | 50% | 1 | - | 18 | 40 | 222% | 11 | 29 | - |
| | 9 | | | 121 | 672% | 16 | 97 | 8 | 2 | 1 | 50% | 1 | - | 18 | 22 | 122% | 12 | 7 | 3 |
| | 10 | | | 133 | 739% | 12 | 115 | 6 | 2 | - | - | - | - | 18 | 29 | 161% | 11 | 9 | 9 |
| | 11 | | | 112 | 622% | 11 | 35 | 66 | 2 | - | - | - | - | 18 | 25 | 139% | 24 | 1 | - |
| | 12 | | | 177 | 983% | 28 | 93 | 56 | 2 | 1 | 50% | 1 | - | 18 | 51 | 283% | 24 | 27 | - |
| | 13 | | | 175 | 972% | 17 | 149 | 9 | 2 | 1 | 50% | 1 | - | 18 | 69 | 383% | 29 | 39 | 1 |
| | 14 | | | 108 | 600% | 20 | 59 | 29 | 2 | - | - | - | - | 18 | 24 | 133% | 7 | 16 | 1 |
| | 15 | | | 153 | 850% | 26 | 87 | 40 | 2 | - | - | - | - | 18 | 52 | 289% | 20 | 32 | - |
| | 16 | | | 90 | 500% | 1 | 85 | 4 | 2 | 2 | 100% | 2 | - | 18 | 43 | 239% | 19 | 24 | - |
| | 17 | | | 85 | 472% | 9 | 64 | 12 | 2 | - | - | - | - | 18 | 50 | 278% | 19 | 31 | - |
| | 18 | | | 113 | 628% | 38 | 42 | 33 | 2 | - | - | - | - | 18 | 17 | 94% | 6 | 10 | 1 |
| | 19 | | | 106 | 589% | 25 | 69 | 12 | 2 | - | - | - | - | 18 | 48 | 267% | 29 | 18 | 1 |
| | 20 | | | 77 | 428% | 7 | 68 | 2 | 2 | 1 | 50% | 1 | - | 18 | 43 | 239% | 29 | 12 | 2 |
| | 21 | | | 64 | 356% | 9 | 51 | 4 | 2 | - | - | - | - | 18 | 26 | 144% | 25 | 1 | - |
| | 22 | | | 71 | 394% | 5 | 65 | 1 | 2 | - | - | - | - | 18 | 14 | 78% | 11 | 2 | 1 |
| | 23 | | | 94 | 522% | 12 | 64 | 18 | 2 | - | - | - | - | 18 | 25 | 139% | 14 | 8 | 3 |
| | 24 | | | 45 | 250% | 2 | 37 | 6 | 2 | 1 | 50% | - | 1 | 18 | 31 | 172% | 13 | 18 | - |
| | 25 | | | 72 | 400% | 4 | 51 | 17 | 2 | 1 | 50% | 1 | - | 18 | 11 | 61% | 5 | 6 | - |
| | 26 | | | 101 | 561% | 10 | 87 | 4 | 2 | - | - | - | - | 18 | 15 | 83% | 7 | 6 | 2 |
| | 27 | | | 97 | 539% | 21 | 24 | 52 | 2 | - | - | - | - | 18 | 30 | 167% | 8 | 22 | - |
| | 28 | | | 120 | 667% | 6 | 110 | 4 | 2 | - | - | - | - | 18 | 20 | 111% | 15 | 4 | 1 |
| | 29 | | | 93 | 517% | 25 | 43 | 25 | 2 | - | - | - | - | 18 | 64 | 356% | 12 | 50 | 2 |
| | 30 | | | 81 | 450% | 14 | 58 | 9 | 2 | - | - | - | - | 18 | 39 | 217% | 20 | 19 | - |
| | 31 | | | 63 | 350% | 5 | 44 | 14 | 2 | - | - | - | - | 18 | 6 | 33% | 4 | 1 | 1 |
| | 32 | | | 86 | 478% | 8 | 72 | 6 | 2 | - | - | - | - | 18 | 29 | 161% | 16 | 13 | - |
| | 33 | | | 40 | 222% | 2 | 34 | 4 | 2 | 1 | 50% | 1 | - | 18 | 18 | 100% | 6 | 12 | - |
| | 34 | | | 77 | 428% | 27 | 13 | 37 | 2 | - | - | - | - | 18 | 30 | 167% | 4 | 26 | - |
| | 35 | | | 59 | 328% | 9 | 36 | 14 | 2 | - | - | - | - | 18 | 10 | 56% | 6 | 4 | - |
| | 36 | | | 56 | 311% | 5 | 48 | 3 | 2 | - | - | - | - | 18 | 21 | 117% | 9 | 12 | - |
| | 37 | | | 89 | 494% | 4 | 81 | 4 | 2 | - | - | - | - | 18 | 17 | 94% | 6 | 11 | - |
| | 38 | | | 56 | 311% | 6 | 37 | 13 | 2 | - | - | - | - | 18 | 32 | 178% | 17 | 15 | - |
| | 39 | | | 56 | 311% | 5 | 44 | 7 | 2 | - | - | - | - | 18 | 31 | 172% | 13 | 18 | - |
| | 40 | | | 45 | 250% | 5 | 40 | - | 2 | - | - | - | - | 18 | 14 | 78% | 1 | 12 | 1 |
| | 41 | | | 109 | 606% | 11 | 92 | 6 | 2 | 1 | 50% | 1 | - | 18 | 13 | 72% | 6 | 7 | - |
| | 42 | | | 63 | 350% | 5 | 55 | 3 | 2 | 1 | 50% | 1 | - | 18 | 9 | 50% | 2 | 6 | 1 |
| | 43 | | | 46 | 256% | 7 | 32 | 7 | 2 | 1 | 50% | 1 | - | 18 | 11 | 61% | 7 | 4 | - |
| | 44 | | | 89 | 494% | 2 | 84 | 3 | 2 | - | - | - | - | 18 | 14 | 78% | 9 | 4 | 1 |
| | 45 | | | 45 | 250% | 14 | 20 | 11 | 2 | - | - | - | - | 18 | 13 | 72% | 6 | 7 | - |
| | 46 | | | 30 | 167% | 3 | 26 | 1 | 2 | - | - | - | - | 18 | 17 | 94% | 14 | 3 | - |
| | 47 | | | 57 | 317% | 4 | 51 | 2 | 2 | - | - | - | - | 18 | 12 | 67% | 5 | 6 | 1 |
| | 48 | | | 47 | 261% | 4 | 42 | 1 | 2 | - | - | - | - | 18 | 17 | 94% | 9 | 8 | - |
| | 49 | | | 49 | 272% | 2 | 43 | 4 | 2 | 1 | 50% | 1 | - | 18 | 7 | 39% | 6 | - | 1 |
| | 50 | | | 36 | 200% | 6 | 30 | - | 2 | - | - | - | - | 18 | 13 | 72% | 6 | 6 | 1 |
| | 51 | | | 57 | 317% | 1 | 54 | 2 | 2 | - | - | - | - | 18 | 16 | 89% | 11 | 4 | 1 |
| | 52 | | | 64 | 356% | 3 | 59 | 2 | 2 | - | - | - | - | 18 | 11 | 61% | 11 | - | - |
| | 53 | | | 43 | 239% | 3 | 38 | 2 | 2 | - | - | - | - | 18 | 1 | 6% | 1 | - | - |
| | 54 | | | 39 | 217% | 7 | 29 | 3 | 2 | - | - | - | - | 18 | 12 | 67% | 8 | 4 | - |
| | 55 | | | 38 | 211% | 8 | 24 | 6 | 2 | - | - | - | - | 18 | 30 | 167% | 12 | 18 | - |
| | 56 | | | 78 | 433% | 4 | 71 | 3 | 2 | - | - | - | - | 18 | 11 | 61% | 6 | 5 | - |
| | 57 | | | 31 | 172% | 4 | 21 | 6 | 2 | - | - | - | - | 18 | 5 | 28% | 4 | 1 | - |
| | 58 | | | 56 | 311% | 6 | 25 | 25 | 2 | - | - | - | - | 18 | 15 | 83% | 9 | 6 | - |
| | 59 | | | 39 | 217% | 5 | 29 | 5 | 2 | - | - | - | - | 18 | 5 | 28% | 3 | 2 | - |
| | 60 | | | 32 | 178% | 3 | 24 | 5 | 2 | - | - | - | - | 18 | 12 | 67% | 10 | 1 | 1 |
| | 61 | | | 45 | 250% | 8 | 29 | 8 | 2 | - | - | - | - | 18 | 9 | 50% | 8 | 1 | - |
| | 62 | | | 33 | 183% | 2 | 19 | 12 | 2 | 2 | 100% | 1 | 1 | 18 | 20 | 111% | 13 | 5 | 2 |
| | 63 | | | 31 | 172% | 3 | 24 | 4 | 2 | 1 | 50% | 1 | - | 18 | 8 | 44% | 3 | 5 | - |
| | 64 | | | 46 | 256% | 6 | 40 | - | 2 | - | - | - | - | 18 | 1 | 6% | - | 1 | - |
| | 65 | | | 39 | 217% | 1 | 32 | 6 | 2 | 1 | 50% | 1 | - | 18 | 10 | 56% | 5 | 4 | 1 |
| | 67 | | | 51 | 283% | 4 | 42 | 5 | 2 | 2 | 100% | 1 | 1 | 18 | 7 | 39% | 6 | - | 1 |
| | 68 | | | 32 | 178% | 2 | 22 | 8 | 2 | - | - | - | - | 18 | 5 | 28% | 3 | 1 | 1 |
| | 69 | | | 17 | 94% | 1 | 16 | - | 2 | - | - | - | - | 18 | 9 | 50% | 6 | 3 | - |
| | 70 | | | 18 | 100% | 4 | 11 | 3 | 2 | 1 | 50% | 1 | - | 18 | - | - | - | - | - |
| | 71 | | | 43 | 239% | 6 | 36 | 1 | 2 | - | - | - | - | 18 | 11 | 61% | 9 | 2 | - |
| | 72 | | | 48 | 267% | 1 | 45 | 2 | 2 | 2 | 100% | 2 | - | 18 | 5 | 28% | 5 | - | - |
| | 73 | | | 33 | 183% | 5 | 21 | 7 | 2 | - | - | - | - | 18 | 10 | 56% | 6 | 3 | 1 |
| | 74 | | | 8 | 44% | 2 | 6 | - | 2 | - | - | - | - | 18 | 7 | 39% | 7 | - | - |
| | 75 | | | 29 | 161% | 1 | 21 | 7 | 2 | 1 | 50% | 1 | - | 18 | 6 | 33% | 5 | - | 1 |
| | 76 | | | 39 | 217% | 5 | 28 | 8 | 2 | - | - | - | - | 18 | 6 | 33% | 3 | 3 | - |
| | 77 | | | 46 | 256% | 3 | 40 | 3 | 2 | - | - | - | - | 18 | 6 | 33% | 6 | - | - |
| | 78 | | | - | - | - | - | - | 2 | - | - | - | - | 18 | - | - | - | - | - |
| | 79 | | | 22 | 122% | 2 | 20 | - | 2 | - | - | - | - | 18 | 4 | 22% | 3 | 1 | - |
| | 80 | | | 40 | 222% | 7 | 26 | 7 | 2 | 1 | 50% | - | 1 | 18 | - | - | - | - | - |
| | 81 | | | 27 | 150% | 2 | 23 | 2 | 2 | - | - | - | - | 18 | 14 | 78% | 10 | 4 | - |
| | 82 | | | - | - | - | - | - | 2 | - | - | - | - | 18 | - | - | - | - | - |
| | 83 | | | 40 | 222% | - | 39 | 1 | 2 | - | - | - | - | 18 | 6 | 33% | 4 | 1 | 1 |
| | 84 | Kelly M | 18 | 19 | 106% | 9 | 8 | 2 | 2 | 2 | 100% | 1 | 1 | 18 | 21 | 117% | 6 | 15 | - |
| | 85 | | 18 | 35 | 194% | 3 | 18 | 14 | 2 | - | - | - | - | 18 | 10 | 56% | 9 | 1 | - |
| | 86 | | 18 | 25 | 139% | 3 | 18 | 4 | 2 | - | - | - | - | 18 | 3 | 17% | 3 | - | - |
| | 87 | | 18 | 20 | 111% | 3 | 15 | 2 | 2 | 1 | 50% | 1 | - | 18 | 5 | 28% | 2 | 2 | 1 |
| | 88 | | 18 | 22 | 122% | 7 | 11 | 4 | 2 | - | - | - | - | 18 | 6 | 33% | 4 | 2 | - |
| | 89 | | 18 | 33 | 183% | 4 | 26 | 3 | 2 | - | - | - | - | 18 | 7 | 39% | 6 | 1 | - |
| | 90 | | 18 | - | - | - | - | - | 2 | 1 | 50% | 1 | - | 18 | - | - | - | - | - |
| | 91 | | 18 | 20 | 111% | 3 | 13 | 4 | 2 | 1 | 50% | 1 | - | 18 | 5 | 28% | 5 | - | - |
| | 92 | | 18 | 1 | 6% | - | 1 | - | 2 | - | - | - | - | 18 | - | - | - | - | - |
| | 93 | | 18 | 30 | 167% | 1 | 25 | 4 | 2 | - | - | - | - | 18 | 9 | 50% | 7 | 2 | - |
| | 94 | | 18 | 27 | 150% | 1 | 26 | - | 2 | 1 | 50% | 1 | - | 18 | 4 | 22% | 3 | 1 | - |
| | 95 | | 18 | 30 | 167% | - | 28 | 2 | 2 | - | - | - | - | 18 | 6 | 33% | 3 | 2 | 1 |
| | 96 | | 18 | 12 | 67% | 3 | 9 | - | 2 | 1 | 50% | 1 | - | 18 | 8 | 44% | 6 | 1 | 1 |
| | 97 | | 18 | 28 | 156% | 2 | 19 | 7 | 2 | - | - | - | - | 18 | 3 | 17% | 3 | 1 | - |
| | 98 | | 18 | 7 | 39% | - | 6 | 1 | 2 | - | - | - | - | 18 | 1 | 6% | - | 1 | - |

| Rank | CUSTOMER KPI – Needs Fulfilled: All Needs Fulfilled Performance | Actual | % to | Retail Banking (BPL) Actual | RBB Actual | Successful Referrals Actual | Number of Contacts – Individual Reviews Performance | Actual | % to |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 75 | 454 | 605% | 262 | - | - | 120 | 123 | 102% |
| 2 | 75 | 479 | 639% | 287 | - | - | 120 | 150 | 125% |
| 3 | 75 | 419 | 559% | 218 | - | 9 | 120 | 139 | 116% |
| 4 | 75 | 392 | 523% | 191 | - | 1 | 120 | 45 | 38% |
| 5 | 75 | 422 | 563% | 221 | - | 1 | 120 | 72 | 60% |
| 6 | 75 | 451 | 601% | 248 | - | 3 | 120 | 85 | 71% |
| 7 | 75 | 336 | 448% | 242 | - | - | 120 | 75 | 63% |
| 8 | 75 | 408 | 544% | 204 | - | 4 | 120 | 82 | 68% |
| 9 | 75 | 300 | 400% | 223 | 4 | - | 120 | 132 | 110% |
| 10 | 75 | 268 | 357% | 194 | 1 | - | 120 | 120 | 100% |
| 11 | 75 | 359 | 479% | 166 | - | 1 | 120 | 143 | 119% |
| 12 | 75 | 377 | 503% | 247 | - | - | 120 | 95 | 79% |
| 13 | 75 | 421 | 561% | 278 | 1 | - | 120 | 205 | 171% |
| 14 | 75 | 264 | 352% | 155 | - | 1 | 120 | 147 | 123% |
| 15 | 75 | 346 | 461% | 215 | - | 1 | 120 | 140 | 117% |
| 16 | 75 | 254 | 339% | 164 | - | - | 120 | 135 | 113% |
| 17 | 75 | 242 | 323% | 146 | - | 2 | 120 | 184 | 153% |
| 18 | 75 | 206 | 275% | 165 | - | 9 | 120 | 119 | 99% |
| 19 | 75 | 351 | 468% | 179 | - | 5 | 120 | 132 | 110% |
| 20 | 75 | 241 | 321% | 151 | - | - | 120 | 198 | 165% |
| 21 | 75 | 209 | 279% | 133 | - | 1 | 120 | 102 | 85% |
| 22 | 75 | 145 | 193% | 113 | - | - | 120 | 85 | 71% |
| 23 | 75 | 335 | 447% | 168 | - | - | 120 | 125 | 104% |
| 24 | 75 | 162 | 216% | 96 | 1 | 1 | 120 | 96 | 80% |
| 25 | 75 | 233 | 311% | 125 | - | - | 120 | 102 | 85% |
| 26 | 75 | 284 | 379% | 174 | - | - | 120 | 133 | 111% |
| 27 | 75 | 299 | 399% | 169 | - | - | 120 | 78 | 65% |
| 28 | 75 | 271 | 361% | 182 | 1 | - | 120 | 286 | 238% |
| 29 | 75 | 303 | 404% | 244 | - | 4 | 120 | 238 | 198% |
| 30 | 75 | 275 | 367% | 132 | 1 | - | 120 | 108 | 90% |
| 31 | 75 | 192 | 256% | 98 | - | - | 120 | 27 | 23% |
| 32 | 75 | 272 | 363% | 129 | - | 1 | 120 | 171 | 143% |
| 33 | 75 | 143 | 191% | 77 | 1 | 1 | 120 | 59 | 49% |
| 34 | 75 | 250 | 333% | 119 | - | 1 | 120 | 127 | 106% |
| 35 | 75 | 205 | 273% | 96 | 1 | - | 120 | 37 | 31% |
| 36 | 75 | 189 | 252% | 98 | 1 | - | 120 | 141 | 118% |
| 37 | 75 | 266 | 355% | 121 | - | 3 | 120 | 124 | 103% |
| 38 | 75 | 220 | 293% | 131 | - | 7 | 120 | 71 | 59% |
| 39 | 75 | 272 | 363% | 110 | - | 4 | 120 | 116 | 97% |
| 40 | 75 | 148 | 197% | 75 | - | - | 120 | 65 | 54% |
| 41 | 75 | 260 | 347% | 164 | - | - | 120 | 87 | 73% |
| 42 | 75 | 230 | 307% | 106 | - | - | 120 | 103 | 86% |
| 43 | 75 | 77 | 103% | 77 | - | - | 120 | 97 | 81% |
| 44 | 75 | 201 | 268% | 113 | - | - | 120 | 187 | 156% |
| 45 | 75 | 102 | 136% | 67 | - | 3 | 120 | 282 | 235% |
| 46 | 75 | 150 | 200% | 76 | - | - | 120 | 101 | 84% |
| 47 | 75 | 175 | 233% | 93 | - | - | 120 | 183 | 153% |
| 48 | 75 | 164 | 219% | 77 | - | 5 | 120 | 117 | 98% |
| 49 | 75 | 211 | 281% | 87 | - | - | 120 | 150 | 125% |
| 50 | 75 | 151 | 201% | 75 | 1 | - | 120 | 78 | 65% |
| 51 | 75 | 170 | 227% | 81 | - | 10 | 120 | 92 | 77% |
| 52 | 75 | 192 | 256% | 93 | 1 | 19 | 120 | 129 | 108% |
| 53 | 75 | 159 | 212% | 63 | - | 2 | 120 | 29 | 24% |
| 54 | 75 | 107 | 143% | 76 | - | - | 120 | 104 | 87% |
| 55 | 75 | 248 | 331% | 85 | 1 | 4 | 120 | 96 | 80% |
| 56 | 75 | 210 | 280% | 114 | - | - | 120 | 112 | 93% |
| 57 | 75 | 114 | 152% | 52 | - | 7 | 120 | 82 | 68% |
| 58 | 75 | 141 | 188% | 86 | - | - | 120 | 81 | 68% |
| 59 | 75 | 118 | 157% | 64 | - | 2 | 120 | 55 | 46% |
| 60 | 75 | 149 | 199% | 53 | - | 2 | 120 | 110 | 92% |
| 61 | 75 | 139 | 185% | 99 | 6 | 1 | 120 | 120 | 100% |
| 62 | 75 | 142 | 189% | 91 | - | - | 120 | 102 | 85% |
| 63 | 75 | 90 | 120% | 59 | - | - | 120 | 103 | 86% |
| 64 | 75 | 186 | 248% | 76 | - | - | 120 | 66 | 55% |
| 65 | 75 | 103 | 137% | 65 | - | 3 | 120 | 102 | 85% |
| 67 | 75 | 175 | 233% | 75 | 2 | 2 | 120 | 64 | 53% |
| 68 | 75 | 139 | 185% | 64 | - | - | 120 | 62 | 52% |
| 69 | 75 | 119 | 159% | 45 | - | - | 120 | 19 | 16% |
| 70 | 75 | 101 | 135% | 44 | 2 | - | 120 | 61 | 51% |
| 71 | 75 | 118 | 157% | 61 | - | 6 | 120 | 61 | 51% |
| 72 | 75 | 128 | 171% | 71 | - | 1 | 120 | 74 | 62% |
| 73 | 75 | 117 | 156% | 80 | 4 | - | 120 | 90 | 75% |
| 74 | 75 | 106 | 141% | 32 | - | - | 120 | 42 | 35% |
| 75 | 75 | 143 | 191% | 54 | - | 3 | 120 | 89 | 74% |
| 76 | 75 | 141 | 188% | 98 | - | 8 | 120 | 93 | 78% |
| 77 | 75 | 138 | 184% | 77 | 1 | 4 | 120 | 114 | 95% |
| 78 | 75 | 192 | 256% | - | - | - | 120 | - | - |
| 79 | 75 | 102 | 136% | 27 | - | - | 120 | 59 | 49% |
| 80 | 75 | 146 | 195% | 58 | - | - | 120 | 119 | 99% |
| 81 | 75 | 140 | 187% | 85 | 4 | - | 120 | 115 | 96% |
| 82 | 75 | 23 | 31% | 4 | - | - | 120 | - | - |
| 83 | 75 | 128 | 171% | 70 | - | 2 | 120 | 100 | 83% |
| 84 | 75 | 155 | 207% | 70 | - | 5 | 120 | 78 | 65% |
| 85 | 75 | 111 | 148% | 54 | - | 2 | 120 | 51 | 43% |
| 86 | 75 | 142 | 189% | 54 | - | 2 | 120 | 61 | 51% |
| 87 | 75 | 100 | 133% | 70 | 2 | - | 120 | 114 | 95% |
| 88 | 75 | 102 | 136% | 64 | 1 | 9 | 120 | 92 | 77% |
| 89 | 75 | 133 | 177% | 54 | - | 3 | 120 | 86 | 72% |
| 90 | 75 | 67 | 89% | 1 | - | - | 120 | - | - |
| 91 | 75 | 115 | 153% | 62 | 1 | 1 | 120 | 127 | 106% |
| 92 | 75 | 66 | 88% | - | - | - | 120 | - | - |
| 93 | 75 | 141 | 188% | 51 | - | 10 | 120 | 119 | 99% |
| 94 | 75 | 123 | 164% | 43 | - | 1 | 120 | 43 | 36% |
| 95 | 75 | 140 | 187% | 51 | - | 9 | 120 | 93 | 78% |
| 96 | 75 | 137 | 183% | 32 | - | 25 | 120 | 91 | 76% |
| 97 | 75 | 155 | 207% | 54 | 3 | 2 | 120 | 59 | 49% |
| 98 | 75 | 91 | 121% | 11 | - | 1 | 120 | 4 | 3% |