# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:　　(212) 465-1188
　　　　　　　　　cklee@leelitigation.com

July 7, 2023

**Via ECF**:
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:_____      │
│ DATE FILED: 7/10/2023        │
└─────────────────────────────┘
```

　　　　　Re:　*Ni et al. v. HSBC Bank USA, N.A.*
　　　　　　　Case No. 1:23-cv-00309-RA-KHP

Dear Judge Parker:

We are counsel to Plaintiffs. We write to inform the Court of a discovery dispute and request an informal conference under Local Civil Rule 37.2 and Your Honor's Individual Rules. Plaintiffs and Defendant have met and conferred regarding their discovery disputes. While some issues have been resolved, the below disputes require judicial intervention.

## I. CLASS DOCUMENT DISCOVERY:

### a. Defendant's Documents Provide Strong Evidence of a Violation

As an initial matter, class discovery is particularly important in this case as Defendant's documents for Plaintiff NI already provide strong evidence of a class wage violation. Plaintiffs believe there to be 'on the records' proof that Defendant improperly deducted breaks of 20 minutes or less from employees' compensable time. *See* **Exhibit A**, Plaintiff NI's Timesheets.

Examples of this '20-minute violation' appear in Plaintiff NI's timesheets on the following days: (i) October 16, 2019, (ii) January 8, 2020 (iii) January 24, 2020, (iv) August 5, 2020, and (v) August 18, 2020. As an example, on August 5, 2020, clocks-out at 1:25 pm and back in at 1:45 pm for a 20-minute break. *See* **Exhibit A** at Defendant's Prod. 000020. Despite this break lasting 20 minutes or less, Defendant failed to compensate for this time. Again, on January 8, 2020, Plaintiff NI clocks in and out for a two-minute break and, once again, Defendant's timesheets reveal she was not compensated for this time. *Id.* at Defendant's Prod. 000006.

With respect to at least this violation, the claim will be provable using class paystubs and punch-records.

### b. Paystubs and Punch Records

With respect to paystubs and punch records, the parties agree a sampling of these records for the putative nationwide class is appropriate. However, the parties have been unable to agree on the size of the sampling for this production. Plaintiffs propose a nationwide sampling of 25%. Plaintiffs propose that Defendant provides in excel format, a list of employees identifiable by employee ID or name, which will include each employee's job-title, state of employment, and length of employment. From this list, Plaintiff will select the 25% sampling to ensure full coverage by way of year of employment, location of employment, and position.

Pursuant to 29 C.F.R. § 516.7 paystubs and time records are the type of documents that must be maintained and produced to a U.S.D.O.L. Administrator within 72 hours following a

request. The rules themselves recognize the importance of these records and the ease with which they may be produced. Further, Defendant maintains these records electronically, making retrieval and production a simple and economical endeavor.

### c. Email/Slack Metadata and Timestamped Submissions.

In addition to the above basic wage records, Plaintiffs seek the data necessary to demonstrate that employees were working off-the-clock and through lunch. To that end, Plaintiffs seek email metadata, short messaging service ("SMS") metadata, and timestamps of employee submissions for a sampling of class members.

While Plaintiffs' typical document review can be costly, Plaintiffs tailored their demand to avoid such costs. For example, with regard to email information, Plaintiffs seek an excel spreadsheet containing only the following information for each sampled employee: (i) time each email was sent/received, (ii) sender/recipient of each message, (iii) subject line of the message.

In this manner, the parties will be able to avoid actual review of each email's contents. Instead, the parties will be engaged in a review of the timing of each message to determine if they were sent before or after each employee's clock-in/out. Plaintiffs seek similar information for a sampled class as to Defendant's internal SMS correspondence, which operates similarly to Slack, and the time of document submissions made by the sampled employees.

The information sought is highly relevant. Evidence that employees engage in after-hours correspondence and submissions will be strong evidence of off-the-clock work. Further, by limiting the class evidence sought to the mere existence of the messages, rather than the messages themselves, Plaintiffs tailor their request to avoid any burden of review. Further, Plaintiffs are willing to accept a sampling to avoid any burden of production.

Plaintiffs propose that after Defendant provides the aforementioned sampling of paystubs and punch records, Plaintiff will then select from those sampled employees a further 80% subset for whom a sampling of the above metadata records will be provided.

### d. Legal Standard

Plaintiffs note that Courts in the Second Circuit have repeatedly held that plaintiffs are entitled to pre-certification discovery of documents regarding potential class members. *See Benavides v. Serenity Spa NY Inc*., 166 F. Supp. 3d 474, 492 (S.D.N.Y. May 19, 2016) ("[P]roduction of wage-and-hour documents, tip records . . . [for all non-exempt employees in the six years prior to the complaint] would likely support findings of commonality, typicality, numerosity, that the class is identifiable and ascertainable, and that common questions predominate over any individual issues as required by Rule 23."). In *Salazar v. Spectrum of Creations, Inc.*, No. 16 Civ. 653, Dkt. No. 52 (VSB) (S.D.N.Y. Sept. 9, 2016), the court held:

> "Whatever the merits of their claim, Plaintiffs have repeatedly stated throughout this action that they intend to seek Rule 23 class certification, and the Second Circuit has noted both that '[i]n deciding a motion for class certification under Rule 23, the district judge must receive enough evidence . . . that each Rule 23 requirement has been met."

*See also Rahman v. Smith & Wollensky Rest. Grp., Inc*., 2007 U.S. Dist. LEXIS 37642, at *9 (S.D.N.Y. 2007) ("Pre-certification discovery is often necessary in order to provide the court with sufficient information to determine whether certification is appropriate."); *Sirota v. Solitron Devices, Inc*., 673 F.2d 566, 571 (2d Cir. 1982) ("[T]here can be no doubt that it is proper for a

district court, prior to certification of a class, to allow discovery and to conduct hearings to determine whether the prerequisites of Rule 23 are satisfied."); *Calabrese v. CSC Holdings, Inc.*, No. 2007 U.S. Dist. LEXIS 16059, at *20 (E.D.N.Y. 2007).

## II.  CLASS CONTACT INFORMATION:

Plaintiffs have also requested contact information, i.e., name address, email, mobile number of all prospective class members.  This is appropriate because each of these individuals is a prospective witness.  As seen by the below case law, the production of such information has been deemed to be proper in many cases in this circuit.

"[T]here is an abundance of case law from the Southern District of New York, over the last nine years, which has 'routinely allow[ed] plaintiffs to discover identifying information regarding potential class members . . . .'" *Strauch v. Comput. Scis. Corp.*, No. 3:14 Civ. 956, 2015 U.S. Dist. LEXIS 516, at *10 (D. Conn. Jan. 6, 2015) (collecting cases). In *Fei v. WestLB AG*, the court granted the plaintiff's motion to compel with respect to the names, positions, job titles, dates of employment, social security numbers, addresses, and telephone numbers of employees, holding:

"[C]onditional certification is not a prerequisite to the turnover of information concerning the identity of potential class members . . . ." (collecting cases). "Indeed, the information that [plaintiff] seeks obviously will be of considerable help to [plaintiff] in his efforts to define the class . . . ." 2008 U.S. Dist. LEXIS 33310, at *5-6 (S.D.N.Y. Apr. 23, 2008).

"[E]ven where a plaintiff's motion to certify an FLSA collective action fails to assert facts sufficient to meet the § 216(b) threshold, courts in this district have often ordered the disclosure of contact information for potential opt-in plaintiffs so that discovery into the collective allegations could continue and plaintiffs could renew their motion for certification at a later date." *Kwan v. Sahara Dreams Co. II*, 2020 U.S. Dist. LEXIS 79899, *20-21 (S.D.N.Y. 2020).

## III.  E-DISCOVERY

Additionally, Plaintiffs seek e-discovery for the following managerial and human resources employees: (a) Yang Vogel, (b) Fernanda Benalcazar, (c) Peter Hutter, and (d) Celia Jordan.

Plaintiffs have limited their requests to the following search terms: a. covid, b. KPI, c. key performance indicator, d. quota, e. quarter*, f. lunch, g. break, h. after w/20 hour*, i. home, j. sign up or signup or sign-up, k. 20 minute*, l. lunch, m. unpaid, n. wage or salary or pay or compensation, o. time record, p. punch, q. OT or overtime, r. timesheet or time sheet, s. clock.

Under the Sedona Conference Protocols, upon a party's receipt of e-discovery requests, the producing party is to generate a search term report adhering to the requesting party's search terms and custodians.  Such a "hit report" is necessary to allow parties and the Court to properly analyze the scope of the requested discovery. *See* THE SEDONA CONFERENCE, *Commentary on Defense of Process: Principles and Guidelines for Developing and Implementing a Sound E-Discovery Process*, at 26–27 (September 2016) (emphasizing the importance of "validation of search results" via "hit reports," and iterative "term selections" in the context of refining search terms for e-discovery).  The Sedona Conference Protocols envision an iterative e-discovery process starting with proposed terms and moving to a review of a hit-report for a more fulsome evaluation of overbreadth of individual terms.

Rather than follow this typical practice, outlined by the Sedona Conference, Defendant seeks to limit e-discovery searches solely to the named Plaintiffs, for whom Plaintiffs seek complete email production.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

We thank the Court for its consideration of the above.

Respectfully submitted,

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   7/10/2023

*/s/ CK Lee*
CK Lee, Esq.

A case management conference is scheduled in this case on **Monday, July 24, 2023 at 12:15 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

# EXHIBIT A

 People Analytics

## Case HRC8554064 - K Ni Time Entry data (07212022)

Report Date: 07/21/2022

| Name | Emplid | Empl Rec'd | Date Worked | Number | Type | Punch Date In | Punch Time In | Punch Date Out | Punch Time Out | Number of Hours | TRC Code | TRC Code Descr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 10/7/2019 | 1 | XFR | 10/7/2019 | 8:30:00 AM | 10/7/2019 | 12:00:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/7/2019 | 2 | OUT | 10/7/2019 | 12:00:00 PM | 10/7/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/7/2019 | 3 | IN | 10/7/2019 | 12:30:00 PM | 10/7/2019 | 5:00:00 PM | 4.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/7/2019 | 4 | OUT | 10/7/2019 | 5:00:00 PM | 10/7/2019 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/8/2019 | 1 | XFR | 10/8/2019 | 9:00:00 AM | 10/8/2019 | 12:30:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/8/2019 | 2 | OUT | 10/8/2019 | 12:30:00 PM | 10/8/2019 | 12:30:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/8/2019 | 3 | IN | 10/8/2019 | 1:30:00 PM | 10/8/2019 | 5:00:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/8/2019 | 4 | OUT | 10/8/2019 | 5:00:00 PM | 10/8/2019 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/9/2019 | 1 | XFR | 10/9/2019 | 8:30:00 AM | 10/9/2019 | 12:00:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2019 | 2 | OUT | 10/9/2019 | 12:00:00 PM | 10/9/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2019 | 3 | IN | 10/9/2019 | 1:00:00 PM | 10/9/2019 | 5:30:00 PM | 4.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2019 | 4 | OUT | 10/9/2019 | 5:30:00 PM | 10/9/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/10/2019 | 1 | XFR | 10/10/2019 | 8:30:00 AM | 10/10/2019 | 1:00:00 PM | 4.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/10/2019 | 2 | OUT | 10/10/2019 | 1:00:00 PM | 10/10/2019 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/10/2019 | 3 | IN | 10/10/2019 | 2:00:00 PM | 10/10/2019 | 6:22:00 PM | 4.37 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/10/2019 | 4 | OUT | 10/10/2019 | 6:22:00 PM | 10/10/2019 | 6:22:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/11/2019 | 1 | XFR | 10/11/2019 | 8:30:00 AM | 10/11/2019 | 12:00:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/11/2019 | 2 | OUT | 10/11/2019 | 12:00:00 PM | 10/11/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/11/2019 | 3 | IN | 10/11/2019 | 1:00:00 PM | 10/11/2019 | 5:25:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/11/2019 | 4 | OUT | 10/11/2019 | 5:25:00 PM | 10/11/2019 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/14/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 10/15/2019 | 2 | XFR | 10/15/2019 | 8:30:00 AM | 10/15/2019 | 11:45:00 AM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/15/2019 | 3 | OUT | 10/15/2019 | 11:45:00 AM | 10/15/2019 | 11:45:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/15/2019 | 4 | IN | 10/15/2019 | 12:45:00 PM | 10/15/2019 | 5:30:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/15/2019 | 5 | OUT | 10/15/2019 | 5:30:00 PM | 10/15/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/16/2019 | 1 | XFR | 10/16/2019 | 8:30:00 AM | 10/16/2019 | 3:00:00 PM | 6.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/16/2019 | 2 | OUT | 10/16/2019 | 3:00:00 PM | 10/16/2019 | 3:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/16/2019 | 3 | IN | 10/16/2019 | 3:15:00 PM | 10/16/2019 | 5:35:00 PM | 2.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/16/2019 | 4 | OUT | 10/16/2019 | 5:35:00 PM | 10/16/2019 | 5:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/17/2019 | 1 | XFR | 10/17/2019 | 8:30:00 AM | 10/17/2019 | 11:50:00 AM | 3.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/17/2019 | 2 | OUT | 10/17/2019 | 11:50:00 AM | 10/17/2019 | 11:50:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/17/2019 | 3 | IN | 10/17/2019 | 12:50:00 PM | 10/17/2019 | 5:38:00 PM | 4.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/17/2019 | 4 | OUT | 10/17/2019 | 5:38:00 PM | 10/17/2019 | 5:38:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000001

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 10/18/2019 | 1 | XFR | 10/18/2019 | 8:30:00 AM | 10/18/2019 | 11:13:00 AM | 2.72 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/18/2019 | 2 | OUT | 10/18/2019 | 11:13:00 AM | 10/18/2019 | 11:13:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/18/2019 | 3 | IN | 10/18/2019 | 12:15:00 PM | 10/18/2019 | 5:30:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/18/2019 | 4 | OUT | 10/18/2019 | 5:30:00 PM | 10/18/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/21/2019 | 1 | XFR | 10/21/2019 | 8:31:00 AM | 10/21/2019 | 11:15:00 AM | 2.73 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/21/2019 | 2 | OUT | 10/21/2019 | 11:15:00 AM | 10/21/2019 | 11:15:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/21/2019 | 3 | IN | 10/21/2019 | 12:15:00 PM | 10/21/2019 | 5:30:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/21/2019 | 4 | OUT | 10/21/2019 | 5:30:00 PM | 10/21/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/22/2019 | 1 | XFR | 10/22/2019 | 8:20:00 AM | 10/22/2019 | 12:20:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/22/2019 | 2 | OUT | 10/22/2019 | 12:20:00 PM | 10/22/2019 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/22/2019 | 3 | IN | 10/22/2019 | 1:20:00 PM | 10/22/2019 | 5:40:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/22/2019 | 4 | OUT | 10/22/2019 | 5:40:00 PM | 10/22/2019 | 5:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/23/2019 | 1 | XFR | 10/23/2019 | 8:30:00 AM | 10/23/2019 | 1:05:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/23/2019 | 2 | OUT | 10/23/2019 | 1:05:00 PM | 10/23/2019 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/23/2019 | 3 | IN | 10/23/2019 | 2:05:00 PM | 10/23/2019 | 5:45:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/23/2019 | 4 | OUT | 10/23/2019 | 5:45:00 PM | 10/23/2019 | 5:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/24/2019 | 1 | XFR | 10/24/2019 | 8:22:00 AM | 10/24/2019 | 11:40:00 AM | 3.30 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/24/2019 | 2 | OUT | 10/24/2019 | 11:40:00 AM | 10/24/2019 | 11:40:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/24/2019 | 3 | IN | 10/24/2019 | 12:45:00 PM | 10/24/2019 | 5:20:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/24/2019 | 4 | OUT | 10/24/2019 | 5:20:00 PM | 10/24/2019 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/25/2019 | 1 | XFR | 10/25/2019 | 8:25:00 AM | 10/25/2019 | 12:20:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/25/2019 | 2 | OUT | 10/25/2019 | 12:20:00 PM | 10/25/2019 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/25/2019 | 3 | IN | 10/25/2019 | 1:20:00 PM | 10/25/2019 | 5:28:00 PM | 4.13 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/25/2019 | 4 | OUT | 10/25/2019 | 5:28:00 PM | 10/25/2019 | 5:28:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/28/2019 | 1 | XFR | 10/28/2019 | 8:33:00 AM | 10/28/2019 | 12:00:00 PM | 3.45 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/28/2019 | 2 | OUT | 10/28/2019 | 12:00:00 PM | 10/28/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/28/2019 | 3 | IN | 10/28/2019 | 1:00:00 PM | 10/28/2019 | 5:35:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/28/2019 | 4 | OUT | 10/28/2019 | 5:35:00 PM | 10/28/2019 | 5:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/29/2019 | 1 | XFR | 10/29/2019 | 9:00:00 AM | 10/29/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/29/2019 | 2 | OUT | 10/29/2019 | 12:00:00 PM | 10/29/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/29/2019 | 3 | IN | 10/29/2019 | 1:00:00 PM | 10/29/2019 | 4:30:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/29/2019 | 4 | OUT | 10/29/2019 | 4:30:00 PM | 10/29/2019 | 4:30:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/30/2019 | 1 | XFR | 10/30/2019 | 9:00:00 AM | 10/30/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/30/2019 | 2 | OUT | 10/30/2019 | 12:00:00 PM | 10/30/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/30/2019 | 3 | IN | 10/30/2019 | 1:00:00 PM | 10/30/2019 | 4:30:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/30/2019 | 4 | OUT | 10/30/2019 | 4:30:00 PM | 10/30/2019 | 4:30:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/31/2019 | 1 | XFR | 10/31/2019 | 9:00:00 AM | 10/31/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/31/2019 | 2 | OUT | 10/31/2019 | 12:00:00 PM | 10/31/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/31/2019 | 3 | IN | 10/31/2019 | 12:45:00 PM | 10/31/2019 | 4:30:00 PM | 3.75 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 10/31/2019 | 4 | OUT | 10/31/2019 | 4:30:00 PM | 10/31/2019 | 4:30:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/1/2019 | 1 | XFR | 11/1/2019 | 8:34:00 AM | 11/1/2019 | 12:55:00 PM | 4.35 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/1/2019 | 2 | OUT | 11/1/2019 | 12:55:00 PM | 11/1/2019 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/1/2019 | 3 | IN | 11/1/2019 | 1:30:00 PM | 11/1/2019 | 5:30:00 PM | 4.00 | USA12 | Regular Pay |

Ni_HSBC_0000002

| Ni,Kelly | 45083088 | 0 | 11/1/2019 | 4 | OUT | 11/1/2019 | 5:30:00 PM | 11/1/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 11/4/2019 | 1 | XFR | 11/4/2019 | 8:26:00 AM | 11/4/2019 | 12:15:00 PM | 3.82 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/4/2019 | 2 | OUT | 11/4/2019 | 12:15:00 PM | 11/4/2019 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/4/2019 | 3 | IN | 11/4/2019 | 1:05:00 PM | 11/4/2019 | 5:40:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/4/2019 | 4 | OUT | 11/4/2019 | 5:40:00 PM | 11/4/2019 | 5:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/5/2019 | 1 | XFR | 11/5/2019 | 8:27:00 AM | 11/5/2019 | 11:15:00 AM | 2.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/5/2019 | 2 | OUT | 11/5/2019 | 11:15:00 AM | 11/5/2019 | 11:15:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/5/2019 | 3 | IN | 11/5/2019 | 12:15:00 PM | 11/5/2019 | 5:30:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/5/2019 | 4 | OUT | 11/5/2019 | 5:30:00 PM | 11/5/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/6/2019 | 1 | XFR | 11/6/2019 | 8:29:00 AM | 11/6/2019 | 4:00:00 PM | 7.52 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/6/2019 | 2 | OUT | 11/6/2019 | 4:00:00 PM | 11/6/2019 | 4:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/6/2019 | 3 | IN | 11/6/2019 | 4:30:00 PM | 11/6/2019 | 5:55:00 PM | 1.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/6/2019 | 4 | OUT | 11/6/2019 | 5:55:00 PM | 11/6/2019 | 5:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/7/2019 | 1 | XFR | 11/7/2019 | 8:28:00 AM | 11/7/2019 | 12:00:00 PM | 3.53 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/7/2019 | 2 | OUT | 11/7/2019 | 12:00:00 PM | 11/7/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/7/2019 | 3 | IN | 11/7/2019 | 1:00:00 PM | 11/7/2019 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/7/2019 | 4 | OUT | 11/7/2019 | 5:20:00 PM | 11/7/2019 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/8/2019 | 1 | XFR | 11/8/2019 | 8:33:00 AM | 11/8/2019 | 12:15:00 PM | 3.70 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/8/2019 | 2 | OUT | 11/8/2019 | 12:15:00 PM | 11/8/2019 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/8/2019 | 3 | IN | 11/8/2019 | 12:50:00 PM | 11/8/2019 | 6:00:00 PM | 5.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/8/2019 | 4 | OUT | 11/8/2019 | 6:00:00 PM | 11/8/2019 | 6:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/11/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 11/12/2019 | 2 | XFR | 11/12/2019 | 9:00:00 AM | 11/12/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/12/2019 | 3 | OUT | 11/12/2019 | 12:00:00 PM | 11/12/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/12/2019 | 4 | IN | 11/12/2019 | 1:00:00 PM | 11/12/2019 | 6:00:00 PM | 5.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/12/2019 | 5 | OUT | 11/12/2019 | 6:00:00 PM | 11/12/2019 | 6:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/13/2019 | 1 | XFR | 11/13/2019 | 9:00:00 AM | 11/13/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/13/2019 | 2 | OUT | 11/13/2019 | 12:00:00 PM | 11/13/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/13/2019 | 3 | IN | 11/13/2019 | 1:00:00 PM | 11/13/2019 | 6:00:00 PM | 5.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/13/2019 | 4 | OUT | 11/13/2019 | 6:00:00 PM | 11/13/2019 | 6:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/14/2019 | 1 | XFR | 11/14/2019 | 9:00:00 AM | 11/14/2019 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/14/2019 | 2 | OUT | 11/14/2019 | 12:00:00 PM | 11/14/2019 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/14/2019 | 3 | IN | 11/14/2019 | 1:00:00 PM | 11/14/2019 | 6:00:00 PM | 5.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/14/2019 | 4 | OUT | 11/14/2019 | 6:00:00 PM | 11/14/2019 | 6:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 11/15/2019 | 1 | XFR | 11/15/2019 | 8:25:00 AM | 11/15/2019 | 12:15:00 PM | 3.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/15/2019 | 2 | OUT | 11/15/2019 | 12:15:00 PM | 11/15/2019 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/15/2019 | 3 | IN | 11/15/2019 | 1:10:00 PM | 11/15/2019 | 5:20:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/15/2019 | 4 | OUT | 11/15/2019 | 5:20:00 PM | 11/15/2019 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/18/2019 | 1 | XFR | 11/18/2019 | 8:18:00 AM | 11/18/2019 | 1:30:00 PM | 5.20 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/18/2019 | 2 | OUT | 11/18/2019 | 1:30:00 PM | 11/18/2019 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/18/2019 | 3 | IN | 11/18/2019 | 2:30:00 PM | 11/18/2019 | 5:18:00 PM | 2.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/18/2019 | 4 | OUT | 11/18/2019 | 5:18:00 PM | 11/18/2019 | 5:18:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 11/19/2019 | 1 | XFR | 11/19/2019 | 8:18:00 AM | 11/19/2019 | 11:10:00 AM | 2.87 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/19/2019 | 2 | OUT | 11/19/2019 | 11:10:00 AM | 11/19/2019 | 11:10:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/19/2019 | 3 | IN | 11/19/2019 | 12:10:00 PM | 11/19/2019 | 5:18:00 PM | 5.13 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/19/2019 | 4 | OUT | 11/19/2019 | 5:18:00 PM | 11/19/2019 | 5:18:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/20/2019 | 1 | XFR | 11/20/2019 | 8:15:00 AM | 11/20/2019 | 2:10:00 PM | 5.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/20/2019 | 2 | OUT | 11/20/2019 | 2:10:00 PM | 11/20/2019 | 2:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/20/2019 | 3 | IN | 11/20/2019 | 2:55:00 PM | 11/20/2019 | 5:20:00 PM | 2.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/20/2019 | 4 | OUT | 11/20/2019 | 5:20:00 PM | 11/20/2019 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/21/2019 | 1 | XFR | 11/21/2019 | 8:30:00 AM | 11/21/2019 | 1:15:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/21/2019 | 2 | OUT | 11/21/2019 | 1:15:00 PM | 11/21/2019 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/21/2019 | 3 | IN | 11/21/2019 | 2:15:00 PM | 11/21/2019 | 6:10:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/21/2019 | 4 | OUT | 11/21/2019 | 6:10:00 PM | 11/21/2019 | 6:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/22/2019 | 1 | XFR | 11/22/2019 | 8:20:00 AM | 11/22/2019 | 12:00:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/22/2019 | 2 | OUT | 11/22/2019 | 12:00:00 PM | 11/22/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/22/2019 | 3 | IN | 11/22/2019 | 12:30:00 PM | 11/22/2019 | 7:00:00 PM | 6.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/22/2019 | 4 | OUT | 11/22/2019 | 7:20:00 PM | 11/22/2019 | 7:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/25/2019 | 1 | XFR | 11/25/2019 | 9:05:00 AM | 11/25/2019 | 1:00:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/25/2019 | 2 | OUT | 11/25/2019 | 1:00:00 PM | 11/25/2019 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/25/2019 | 3 | IN | 11/25/2019 | 1:40:00 PM | 11/25/2019 | 6:05:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/25/2019 | 4 | OUT | 11/25/2019 | 6:05:00 PM | 11/25/2019 | 6:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/26/2019 | 1 | XFR | 11/26/2019 | 9:20:00 AM | 11/26/2019 | 12:45:00 PM | 3.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/26/2019 | 2 | OUT | 11/26/2019 | 12:45:00 PM | 11/26/2019 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/26/2019 | 3 | IN | 11/26/2019 | 1:45:00 PM | 11/26/2019 | 6:20:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/26/2019 | 4 | OUT | 11/26/2019 | 6:20:00 PM | 11/26/2019 | 6:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/27/2019 | 1 | XFR | 11/27/2019 | 9:15:00 AM | 11/27/2019 | 12:30:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/27/2019 | 2 | OUT | 11/27/2019 | 12:30:00 PM | 11/27/2019 | 12:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/27/2019 | 3 | IN | 11/27/2019 | 1:30:00 PM | 11/27/2019 | 6:15:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/27/2019 | 4 | OUT | 11/27/2019 | 6:15:00 PM | 11/27/2019 | 6:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 11/28/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 11/29/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 12/2/2019 | 1 | XFR | 12/2/2019 | 8:20:00 AM | 12/2/2019 | 1:05:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/2/2019 | 2 | OUT | 12/2/2019 | 1:05:00 PM | 12/2/2019 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/2/2019 | 3 | IN | 12/2/2019 | 2:05:00 PM | 12/2/2019 | 5:55:00 PM | 3.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/2/2019 | 4 | OUT | 12/2/2019 | 5:55:00 PM | 12/2/2019 | 5:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/3/2019 | 1 | XFR | 12/3/2019 | 9:10:00 AM | 12/3/2019 | 12:50:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/3/2019 | 2 | OUT | 12/3/2019 | 12:50:00 PM | 12/3/2019 | 12:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/3/2019 | 3 | IN | 12/3/2019 | 1:20:00 PM | 12/3/2019 | 5:40:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/3/2019 | 4 | OUT | 12/3/2019 | 5:40:00 PM | 12/3/2019 | 5:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/4/2019 | 1 | XFR | 12/4/2019 | 8:17:00 AM | 12/4/2019 | 12:17:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/4/2019 | 2 | OUT | 12/4/2019 | 12:17:00 PM | 12/4/2019 | 12:17:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/4/2019 | 3 | IN | 12/4/2019 | 1:03:00 PM | 12/4/2019 | 5:35:00 PM | 4.53 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/4/2019 | 4 | OUT | 12/4/2019 | 5:35:00 PM | 12/4/2019 | 5:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/5/2019 | 1 | XFR | 12/5/2019 | 8:35:00 AM | 12/5/2019 | 1:25:00 PM | 4.83 | USA12 | Regular Pay |

Ni_HSBC_0000004

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 12/5/2019 | 2 | OUT | 12/5/2019 | 1:25:00 PM | 12/5/2019 | 1:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/5/2019 | 3 | IN | 12/5/2019 | 2:25:00 PM | 12/5/2019 | 5:30:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/5/2019 | 4 | OUT | 12/5/2019 | 5:30:00 PM | 12/5/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/6/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 12/9/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 12/10/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 12/11/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 12/16/2019 | 1 | XFR | 12/16/2019 | 8:20:00 AM | 12/16/2019 | 12:25:00 PM | 4.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/16/2019 | 2 | OUT | 12/16/2019 | 12:25:00 PM | 12/16/2019 | 12:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/16/2019 | 3 | IN | 12/16/2019 | 1:20:00 PM | 12/16/2019 | 5:30:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/16/2019 | 4 | OUT | 12/16/2019 | 5:30:00 PM | 12/16/2019 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/17/2019 | 1 | XFR | 12/17/2019 | 8:30:00 AM | 12/17/2019 | 12:55:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/17/2019 | 2 | OUT | 12/17/2019 | 12:55:00 PM | 12/17/2019 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/17/2019 | 3 | IN | 12/17/2019 | 1:55:00 PM | 12/17/2019 | 5:35:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/17/2019 | 4 | OUT | 12/17/2019 | 5:35:00 PM | 12/17/2019 | 5:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/18/2019 | 1 | XFR | 12/18/2019 | 8:37:00 AM | 12/18/2019 | 12:50:00 PM | 4.22 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/18/2019 | 2 | OUT | 12/18/2019 | 12:50:00 PM | 12/18/2019 | 12:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/18/2019 | 3 | IN | 12/18/2019 | 1:50:00 PM | 12/18/2019 | 5:37:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/18/2019 | 4 | OUT | 12/18/2019 | 5:37:00 PM | 12/18/2019 | 5:37:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/19/2019 | 1 | XFR | 12/19/2019 | 8:20:00 AM | 12/19/2019 | 12:00:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/19/2019 | 2 | OUT | 12/19/2019 | 12:00:00 PM | 12/19/2019 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/19/2019 | 3 | IN | 12/19/2019 | 1:00:00 PM | 12/19/2019 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/19/2019 | 4 | OUT | 12/19/2019 | 5:20:00 PM | 12/19/2019 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/20/2019 | 1 | XFR | 12/20/2019 | 8:25:00 AM | 12/20/2019 | 1:55:00 PM | 5.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/20/2019 | 2 | OUT | 12/20/2019 | 1:55:00 PM | 12/20/2019 | 1:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/20/2019 | 3 | IN | 12/20/2019 | 2:45:00 PM | 12/20/2019 | 5:25:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/20/2019 | 4 | OUT | 12/20/2019 | 5:25:00 PM | 12/20/2019 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/23/2019 | 1 | XFR | 12/23/2019 | 8:30:00 AM | 12/23/2019 | 1:30:00 PM | 5.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/23/2019 | 2 | OUT | 12/23/2019 | 1:30:00 PM | 12/23/2019 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/23/2019 | 3 | IN | 12/23/2019 | 2:30:00 PM | 12/23/2019 | 6:15:00 PM | 3.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/23/2019 | 4 | OUT | 12/23/2019 | 6:15:00 PM | 12/23/2019 | 6:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/24/2019 | 1 | XFR | 12/24/2019 | 8:18:00 AM | 12/24/2019 | 11:00:00 AM | 2.70 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/24/2019 | 2 | OUT | 12/24/2019 | 11:00:00 AM | 12/24/2019 | 11:00:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/24/2019 | 3 | IN | 12/24/2019 | 11:30:00 AM | 12/24/2019 | 3:20:00 PM | 3.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/24/2019 | 4 | OUT | 12/24/2019 | 3:20:00 PM | 12/24/2019 | 3:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/24/2019 | 5 | ELAPSED | 1/1/1990 | | | | 2.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 12/25/2019 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 12/26/2019 | 1 | XFR | 12/26/2019 | 8:23:00 AM | 12/26/2019 | 12:10:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/26/2019 | 2 | OUT | 12/26/2019 | 12:10:00 PM | 12/26/2019 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/26/2019 | 3 | IN | 12/26/2019 | 1:00:00 PM | 12/26/2019 | 5:13:00 PM | 4.22 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/26/2019 | 4 | OUT | 12/26/2019 | 5:13:00 PM | 12/26/2019 | 5:13:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/27/2019 | 1 | XFR | 12/27/2019 | 8:11:00 AM | 12/27/2019 | 12:10:00 PM | 3.98 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/27/2019 | 2 | OUT | 12/27/2019 | 12:10:00 PM | 12/27/2019 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000005

| Ni,Kelly | 45083088 | 0 | 12/27/2019 | 3 | IN | 12/27/2019 | 1:10:00 PM | 12/27/2019 | 5:11:00 PM | 4.02 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 12/27/2019 | 4 | OUT | 12/27/2019 | 5:11:00 PM | 12/27/2019 | 5:11:00 PM | 0.00 | USA12 | Regular Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 12/30/2019 | 1 | XFR | 12/30/2019 | 8:17:00 AM | 12/30/2019 | 12:40:00 PM | 4.38 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/30/2019 | 2 | OUT | 12/30/2019 | 12:40:00 PM | 12/30/2019 | 12:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/30/2019 | 3 | IN | 12/30/2019 | 1:40:00 PM | 12/30/2019 | 5:17:00 PM | 3.62 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/30/2019 | 4 | OUT | 12/30/2019 | 5:17:00 PM | 12/30/2019 | 5:17:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/31/2019 | 1 | XFR | 12/31/2019 | 8:10:00 AM | 12/31/2019 | 12:45:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/31/2019 | 2 | OUT | 12/31/2019 | 12:45:00 PM | 12/31/2019 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/31/2019 | 3 | IN | 12/31/2019 | 1:45:00 PM | 12/31/2019 | 3:10:00 PM | 1.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/31/2019 | 4 | OUT | 12/31/2019 | 3:10:00 PM | 12/31/2019 | 3:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 12/31/2019 | 5 | ELAPSED | 1/1/1990 | | | | 2.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 1/1/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 1/2/2020 | 1 | XFR | | 8:15:00 AM | 1/2/2020 | 1:23:00 PM | 5.13 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/2/2020 | 2 | OUT | 1/2/2020 | 1:23:00 PM | 1/2/2020 | 1:23:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/2/2020 | 3 | IN | 1/2/2020 | 2:23:00 PM | 1/2/2020 | 5:55:00 PM | 3.53 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/2/2020 | 4 | OUT | 1/2/2020 | 5:55:00 PM | 1/2/2020 | 5:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/3/2020 | 1 | XFR | 1/3/2020 | 8:20:00 AM | 1/3/2020 | 12:15:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/3/2020 | 2 | OUT | 1/3/2020 | 12:15:00 PM | 1/3/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/3/2020 | 3 | IN | 1/3/2020 | 1:00:00 PM | 1/3/2020 | 5:05:00 PM | 4.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/3/2020 | 4 | OUT | 1/3/2020 | 5:05:00 PM | 1/3/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/6/2020 | 1 | XFR | 1/6/2020 | 9:25:00 AM | 1/6/2020 | 12:10:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/6/2020 | 2 | OUT | 1/6/2020 | 12:10:00 PM | 1/6/2020 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/6/2020 | 3 | IN | 1/6/2020 | 1:05:00 PM | 1/6/2020 | 6:20:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/6/2020 | 4 | OUT | 1/6/2020 | 6:20:00 PM | 1/6/2020 | 6:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 1 | XFR | 1/7/2020 | 8:16:00 AM | 1/7/2020 | 12:20:00 PM | 4.07 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 2 | OUT | 1/7/2020 | 12:20:00 PM | 1/7/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 3 | IN | 1/7/2020 | 12:55:00 PM | 1/7/2020 | 1:30:00 PM | 0.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 4 | OUT | 1/7/2020 | 1:30:00 PM | 1/7/2020 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 5 | XFR | 1/7/2020 | 1:55:00 PM | 1/7/2020 | 5:50:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/7/2020 | 6 | OUT | 1/7/2020 | 5:50:00 PM | 1/7/2020 | 5:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 1 | XFR | 1/8/2020 | 8:18:00 AM | 1/8/2020 | 12:20:00 PM | 4.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 2 | OUT | 1/8/2020 | 12:20:00 PM | 1/8/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 3 | IN | 1/8/2020 | 1:20:00 PM | 1/8/2020 | 6:28:00 PM | 5.13 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 4 | OUT | 1/8/2020 | 6:28:00 PM | 1/8/2020 | 6:28:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 5 | XFR | 1/8/2020 | 6:30:00 PM | 1/8/2020 | 7:28:00 PM | 0.97 | USA10 | Meeting |
| Ni,Kelly | 45083088 | 0 | 1/8/2020 | 6 | OUT | 1/8/2020 | 7:28:00 PM | 1/8/2020 | 7:28:00 PM | 0.00 | USA10 | Meeting |
| Ni,Kelly | 45083088 | 0 | 1/9/2020 | 1 | XFR | 1/9/2020 | 8:23:00 AM | 1/9/2020 | 12:10:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/9/2020 | 2 | OUT | 1/9/2020 | 12:10:00 PM | 1/9/2020 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/9/2020 | 3 | IN | 1/9/2020 | 1:00:00 PM | 1/9/2020 | 5:10:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/9/2020 | 4 | OUT | 1/9/2020 | 5:10:00 PM | 1/9/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/10/2020 | 1 | XFR | 1/10/2020 | 8:20:00 AM | 1/10/2020 | 1:45:00 PM | 5.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/10/2020 | 2 | OUT | 1/10/2020 | 1:45:00 PM | 1/10/2020 | 1:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/10/2020 | 3 | IN | 1/10/2020 | 2:45:00 PM | 1/10/2020 | 5:20:00 PM | 2.58 | USA12 | Regular Pay |

Ni_HSBC_0000006

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 1/10/2020 | 4 | OUT | 1/10/2020 | 5:20:00 PM | 1/10/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/13/2020 | 1 | XFR | 1/13/2020 | 8:25:00 AM | 1/13/2020 | 12:00:00 PM | 3.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/13/2020 | 2 | OUT | 1/13/2020 | 12:00:00 PM | 1/13/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/13/2020 | 3 | IN | 1/13/2020 | 1:00:00 PM | 1/13/2020 | 5:25:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/13/2020 | 4 | OUT | 1/13/2020 | 5:25:00 PM | 1/13/2020 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/14/2020 | 1 | XFR | 1/14/2020 | 8:15:00 AM | 1/14/2020 | 12:00:00 PM | 4.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/14/2020 | 2 | OUT | 1/14/2020 | 12:20:00 PM | 1/14/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/14/2020 | 3 | IN | 1/14/2020 | 1:20:00 PM | 1/14/2020 | 5:15:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/14/2020 | 4 | OUT | 1/14/2020 | 5:15:00 PM | 1/14/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/15/2020 | 1 | XFR | 1/15/2020 | 8:20:00 AM | 1/15/2020 | 12:25:00 PM | 4.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/15/2020 | 2 | OUT | 1/15/2020 | 12:25:00 PM | 1/15/2020 | 12:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/15/2020 | 3 | IN | 1/15/2020 | 1:25:00 PM | 1/15/2020 | 5:20:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/15/2020 | 4 | OUT | 1/15/2020 | 5:20:00 PM | 1/15/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/16/2020 | 1 | XFR | 1/16/2020 | 8:18:00 AM | 1/16/2020 | 12:00:00 PM | 3.70 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/16/2020 | 2 | OUT | 1/16/2020 | 12:00:00 PM | 1/16/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/16/2020 | 3 | IN | 1/16/2020 | 1:00:00 PM | 1/16/2020 | 5:18:00 PM | 4.30 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/16/2020 | 4 | OUT | 1/16/2020 | 5:18:00 PM | 1/16/2020 | 5:18:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/17/2020 | 1 | XFR | 1/17/2020 | 8:15:00 AM | 1/17/2020 | 11:40:00 AM | 3.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/17/2020 | 2 | OUT | 1/17/2020 | 11:40:00 AM | 1/17/2020 | 11:40:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/17/2020 | 3 | IN | 1/17/2020 | 12:40:00 PM | 1/17/2020 | 5:15:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/17/2020 | 4 | OUT | 1/17/2020 | 5:15:00 PM | 1/17/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/20/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 1/21/2020 | 2 | XFR | 1/21/2020 | 8:13:00 AM | 1/21/2020 | 11:50:00 AM | 3.62 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/21/2020 | 3 | OUT | 1/21/2020 | 11:50:00 AM | 1/21/2020 | 11:50:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/21/2020 | 4 | IN | 1/21/2020 | 12:50:00 PM | 1/21/2020 | 6:45:00 PM | 5.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/21/2020 | 5 | OUT | 1/21/2020 | 6:45:00 PM | 1/21/2020 | 6:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/22/2020 | 1 | XFR | 1/22/2020 | 8:30:00 AM | 1/22/2020 | 12:00:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/22/2020 | 2 | OUT | 1/22/2020 | 12:00:00 PM | 1/22/2020 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/22/2020 | 3 | IN | 1/22/2020 | 12:30:00 PM | 1/22/2020 | 5:00:00 PM | 4.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/22/2020 | 4 | OUT | 1/22/2020 | 5:00:00 PM | 1/22/2020 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/23/2020 | 1 | XFR | 1/23/2020 | 8:30:00 AM | 1/23/2020 | 12:00:00 PM | 3.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/23/2020 | 2 | OUT | 1/23/2020 | 12:00:00 PM | 1/23/2020 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/23/2020 | 3 | IN | 1/23/2020 | 12:30:00 PM | 1/23/2020 | 5:00:00 PM | 4.50 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/23/2020 | 4 | OUT | 1/23/2020 | 5:00:00 PM | 1/23/2020 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 1/24/2020 | 1 | XFR | 1/24/2020 | 8:13:00 AM | 1/24/2020 | 1:05:00 PM | 4.87 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/24/2020 | 2 | OUT | 1/24/2020 | 1:05:00 PM | 1/24/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/24/2020 | 3 | IN | 1/24/2020 | 1:25:00 PM | 1/24/2020 | 5:45:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/24/2020 | 4 | OUT | 1/24/2020 | 5:45:00 PM | 1/24/2020 | 5:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/27/2020 | 1 | XFR | 1/27/2020 | 8:13:00 AM | 1/27/2020 | 12:00:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/27/2020 | 2 | OUT | 1/27/2020 | 12:00:00 PM | 1/27/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/27/2020 | 3 | IN | 1/27/2020 | 1:00:00 PM | 1/27/2020 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/27/2020 | 4 | OUT | 1/27/2020 | 5:20:00 PM | 1/27/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000007

| Name | ID | | Date | | Type | Date | Time | Date | Time | Hours | Code | Pay Type |
|------|------|---|--------|---|------|--------|------|--------|------|------|------|----------|
| Ni,Kelly | 45083088 | 0 | 1/28/2020 | 1 | XFR | 1/28/2020 | 8:13:00 AM | 1/28/2020 | 12:00:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/28/2020 | 2 | OUT | 1/28/2020 | 12:00:00 PM | 1/28/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/28/2020 | 3 | IN | 1/28/2020 | 1:00:00 PM | 1/28/2020 | 5:13:00 PM | 4.22 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/28/2020 | 4 | OUT | 1/28/2020 | 5:13:00 PM | 1/28/2020 | 5:13:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/29/2020 | 1 | XFR | 1/29/2020 | 8:16:00 AM | 1/29/2020 | 1:00:00 PM | 4.73 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/29/2020 | 2 | OUT | 1/29/2020 | 1:00:00 PM | 1/29/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/29/2020 | 3 | IN | 1/29/2020 | 1:50:00 PM | 1/29/2020 | 5:52:00 PM | 4.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/29/2020 | 4 | OUT | 1/29/2020 | 5:52:00 PM | 1/29/2020 | 5:52:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/30/2020 | 1 | XFR | 1/30/2020 | 8:25:00 AM | 1/30/2020 | 12:00:00 PM | 3.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/30/2020 | 2 | OUT | 1/30/2020 | 12:00:00 PM | 1/30/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/30/2020 | 3 | IN | 1/30/2020 | 1:00:00 PM | 1/30/2020 | 5:30:00 PM | 4.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/30/2020 | 4 | OUT | 1/30/2020 | 5:30:00 PM | 1/30/2020 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/31/2020 | 1 | XFR | 1/31/2020 | 8:09:00 AM | 1/31/2020 | 12:54:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/31/2020 | 2 | OUT | 1/31/2020 | 12:54:00 PM | 1/31/2020 | 12:54:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/31/2020 | 3 | IN | 1/31/2020 | 1:24:00 PM | 1/31/2020 | 4:50:00 PM | 3.43 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 1/31/2020 | 4 | OUT | 1/31/2020 | 4:50:00 PM | 1/31/2020 | 4:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/3/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 2/4/2020 | 2 | XFR | 2/4/2020 | 9:22:00 AM | 2/4/2020 | 2:03:00 PM | 4.68 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/4/2020 | 3 | OUT | 2/4/2020 | 2:03:00 PM | 2/4/2020 | 2:03:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/5/2020 | 1 | XFR | 2/5/2020 | 8:24:00 AM | 2/5/2020 | 12:10:00 PM | 3.77 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/5/2020 | 2 | OUT | 2/5/2020 | 12:10:00 PM | 2/5/2020 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/5/2020 | 3 | IN | 2/5/2020 | 12:50:00 PM | 2/5/2020 | 5:45:00 PM | 4.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/5/2020 | 4 | OUT | 2/5/2020 | 5:45:00 PM | 2/5/2020 | 5:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/6/2020 | 1 | XFR | 2/6/2020 | 8:12:00 AM | 2/6/2020 | 1:00:00 PM | 4.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/6/2020 | 2 | OUT | 2/6/2020 | 1:00:00 PM | 2/6/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/6/2020 | 3 | IN | 2/6/2020 | 1:30:00 PM | 2/6/2020 | 7:00:00 PM | 5.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/6/2020 | 4 | OUT | 2/6/2020 | 7:00:00 PM | 2/6/2020 | 7:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/7/2020 | 1 | XFR | 2/7/2020 | 8:03:00 AM | 2/7/2020 | 11:30:00 AM | 3.45 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/7/2020 | 2 | OUT | 2/7/2020 | 11:30:00 AM | 2/7/2020 | 11:30:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/7/2020 | 3 | IN | 2/7/2020 | 12:00:00 PM | 2/7/2020 | 5:10:00 PM | 5.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/7/2020 | 4 | OUT | 2/7/2020 | 5:10:00 PM | 2/7/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/10/2020 | 1 | XFR | 2/10/2020 | 8:20:00 AM | 2/10/2020 | 1:35:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/10/2020 | 2 | OUT | 2/10/2020 | 1:35:00 PM | 2/10/2020 | 1:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/10/2020 | 3 | IN | 2/10/2020 | 2:30:00 PM | 2/10/2020 | 5:15:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/10/2020 | 4 | OUT | 2/10/2020 | 5:15:00 PM | 2/10/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/11/2020 | 1 | XFR | 2/11/2020 | 8:05:00 AM | 2/11/2020 | 12:20:00 PM | 4.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/11/2020 | 2 | OUT | 2/11/2020 | 12:20:00 PM | 2/11/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/11/2020 | 3 | IN | 2/11/2020 | 1:20:00 PM | 2/11/2020 | 5:30:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/11/2020 | 4 | OUT | 2/11/2020 | 5:30:00 PM | 2/11/2020 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/12/2020 | 1 | XFR | 2/12/2020 | 8:26:00 AM | 2/12/2020 | 12:00:00 PM | 3.57 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/12/2020 | 2 | OUT | 2/12/2020 | 12:00:00 PM | 2/12/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/12/2020 | 3 | IN | 2/12/2020 | 1:00:00 PM | 2/12/2020 | 5:25:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/12/2020 | 4 | OUT | 2/12/2020 | 5:25:00 PM | 2/12/2020 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000008

| Ni,Kelly | 45083088 | 0 | 2/13/2020 | 1 | XFR | 2/13/2020 | 8:20:00 AM | 2/13/2020 | 2:25:00 PM | 6.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/13/2020 | 2 | OUT | 2/13/2020 | 2:25:00 PM | 2/13/2020 | 2:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/13/2020 | 3 | IN | 2/13/2020 | 3:25:00 PM | 2/13/2020 | 5:30:00 PM | 2.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/13/2020 | 4 | OUT | 2/13/2020 | 5:30:00 PM | 2/13/2020 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/14/2020 | 1 | XFR | 2/14/2020 | 8:47:00 AM | 2/14/2020 | 12:00:00 PM | 3.22 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/14/2020 | 2 | OUT | 2/14/2020 | 12:00:00 PM | 2/14/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/14/2020 | 3 | IN | 2/14/2020 | 1:00:00 PM | 2/14/2020 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/14/2020 | 4 | OUT | 2/14/2020 | 5:20:00 PM | 2/14/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/17/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 2/18/2020 | 2 | XFR | 2/18/2020 | 8:04:00 AM | 2/18/2020 | 11:35:00 AM | 3.52 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/18/2020 | 3 | OUT | 2/18/2020 | 11:35:00 AM | 2/18/2020 | 11:35:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/18/2020 | 4 | IN | 2/18/2020 | 12:35:00 PM | 2/18/2020 | 5:10:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/18/2020 | 5 | OUT | 2/18/2020 | 5:10:00 PM | 2/18/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/19/2020 | 1 | XFR | 2/19/2020 | 8:16:00 AM | 2/19/2020 | 11:10:00 AM | 2.90 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/19/2020 | 2 | OUT | 2/19/2020 | 11:10:00 AM | 2/19/2020 | 11:10:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/19/2020 | 3 | IN | 2/19/2020 | 11:55:00 AM | 2/19/2020 | 5:13:00 PM | 5.30 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/19/2020 | 4 | OUT | 2/19/2020 | 5:13:00 PM | 2/19/2020 | 5:13:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/20/2020 | 1 | XFR | 2/20/2020 | 7:42:00 AM | 2/20/2020 | 11:15:00 AM | 3.55 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/20/2020 | 2 | OUT | 2/20/2020 | 11:15:00 AM | 2/20/2020 | 11:15:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/20/2020 | 3 | IN | 2/20/2020 | 12:15:00 PM | 2/20/2020 | 6:25:00 PM | 6.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/20/2020 | 4 | OUT | 2/20/2020 | 6:25:00 PM | 2/20/2020 | 6:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/21/2020 | 1 | XFR | 2/21/2020 | 8:14:00 AM | 2/21/2020 | 11:10:00 AM | 2.93 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/21/2020 | 2 | OUT | 2/21/2020 | 11:10:00 AM | 2/21/2020 | 11:10:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/21/2020 | 3 | IN | 2/21/2020 | 12:10:00 PM | 2/21/2020 | 5:55:00 PM | 5.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/21/2020 | 4 | OUT | 2/21/2020 | 5:55:00 PM | 2/21/2020 | 5:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/24/2020 | 1 | XFR | 2/24/2020 | 8:16:00 AM | 2/24/2020 | 11:55:00 AM | 3.65 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/24/2020 | 2 | OUT | 2/24/2020 | 11:55:00 AM | 2/24/2020 | 11:55:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/24/2020 | 3 | IN | 2/24/2020 | 12:55:00 PM | 2/24/2020 | 5:38:00 PM | 4.72 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/24/2020 | 4 | OUT | 2/24/2020 | 5:38:00 PM | 2/24/2020 | 5:38:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/25/2020 | 1 | XFR | 2/25/2020 | 8:20:00 AM | 2/25/2020 | 12:00:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/25/2020 | 2 | OUT | 2/25/2020 | 12:00:00 PM | 2/25/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/25/2020 | 3 | IN | 2/25/2020 | 1:00:00 PM | 2/25/2020 | 5:29:00 PM | 4.48 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/25/2020 | 4 | OUT | 2/25/2020 | 5:29:00 PM | 2/25/2020 | 5:29:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/26/2020 | 1 | XFR | 2/26/2020 | 8:16:00 AM | 2/26/2020 | 2:10:00 PM | 5.90 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/26/2020 | 2 | OUT | 2/26/2020 | 2:10:00 PM | 2/26/2020 | 2:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/26/2020 | 3 | IN | 2/26/2020 | 3:00:00 PM | 2/26/2020 | 5:15:00 PM | 2.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/26/2020 | 4 | OUT | 2/26/2020 | 5:15:00 PM | 2/26/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/27/2020 | 1 | XFR | 2/27/2020 | 8:18:00 AM | 2/27/2020 | 12:00:00 PM | 3.70 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/27/2020 | 2 | OUT | 2/27/2020 | 12:00:00 PM | 2/27/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/27/2020 | 3 | IN | 2/27/2020 | 1:00:00 PM | 2/27/2020 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/27/2020 | 4 | OUT | 2/27/2020 | 5:20:00 PM | 2/27/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/28/2020 | 1 | XFR | 2/28/2020 | 8:16:00 AM | 2/28/2020 | 11:45:00 AM | 3.48 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 2/28/2020 | 2 | OUT | 2/28/2020 | 11:45:00 AM | 2/28/2020 | 11:45:00 AM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000009

| Ni,Kelly | 45083088 | 0 | 2/28/2020 | 3 | IN | 2/28/2020 | 12:45:00 PM | 2/28/2020 | 5:16:00 PM | 4.52 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 2/28/2020 | 4 | OUT | 2/28/2020 | 5:16:00 PM | 2/28/2020 | 5:16:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/2/2020 | 1 | XFR | 3/2/2020 | 8:18:00 AM | 3/2/2020 | 12:20:00 PM | 4.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/2/2020 | 2 | OUT | 3/2/2020 | 12:20:00 PM | 3/2/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/2/2020 | 3 | IN | 3/2/2020 | 1:20:00 PM | 3/2/2020 | 5:18:00 PM | 3.97 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/2/2020 | 4 | OUT | 3/2/2020 | 5:18:00 PM | 3/2/2020 | 5:18:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/3/2020 | 1 | XFR | 3/3/2020 | 8:20:00 AM | 3/3/2020 | 11:10:00 AM | 2.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/3/2020 | 2 | OUT | 3/3/2020 | 11:10:00 AM | 3/3/2020 | 11:10:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/3/2020 | 3 | IN | 3/3/2020 | 12:10:00 PM | 3/3/2020 | 5:20:00 PM | 5.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/3/2020 | 4 | OUT | 3/3/2020 | 5:20:00 PM | 3/3/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/4/2020 | 1 | XFR | 3/4/2020 | 8:05:00 AM | 3/4/2020 | 12:30:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/4/2020 | 2 | OUT | 3/4/2020 | 12:30:00 PM | 3/4/2020 | 12:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/4/2020 | 5 | XFR | 3/4/2020 | 1:20:00 PM | 3/4/2020 | 5:00:00 PM | 3.67 | USA10 | Meeting |
| Ni,Kelly | 45083088 | 0 | 3/4/2020 | 6 | OUT | 3/4/2020 | 5:00:00 PM | 3/4/2020 | 5:00:00 PM | 0.00 | USA10 | Meeting |
| Ni,Kelly | 45083088 | 0 | 3/5/2020 | 1 | XFR | 3/5/2020 | 8:20:00 AM | 3/5/2020 | 12:20:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/5/2020 | 2 | OUT | 3/5/2020 | 12:20:00 PM | 3/5/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/5/2020 | 3 | IN | 3/5/2020 | 1:20:00 PM | 3/5/2020 | 5:30:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/5/2020 | 4 | OUT | 3/5/2020 | 5:30:00 PM | 3/5/2020 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/6/2020 | 1 | XFR | 3/6/2020 | 8:16:00 AM | 3/6/2020 | 12:05:00 PM | 3.82 | USA10 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/6/2020 | 2 | OUT | 3/6/2020 | 12:05:00 PM | 3/6/2020 | 12:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/6/2020 | 3 | IN | 3/6/2020 | 12:55:00 PM | 3/6/2020 | 5:23:00 PM | 4.47 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/6/2020 | 4 | OUT | 3/6/2020 | 5:23:00 PM | 3/6/2020 | 5:23:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/9/2020 | 1 | XFR | 3/9/2020 | 8:16:00 AM | 3/9/2020 | 12:00:00 PM | 3.73 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/9/2020 | 2 | OUT | 3/9/2020 | 12:00:00 PM | 3/9/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/9/2020 | 3 | IN | 3/9/2020 | 1:00:00 PM | 3/9/2020 | 5:18:00 PM | 4.30 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/9/2020 | 4 | OUT | 3/9/2020 | 5:18:00 PM | 3/9/2020 | 5:18:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/10/2020 | 1 | XFR | 3/10/2020 | 8:11:00 AM | 3/10/2020 | 12:00:00 PM | 3.82 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/10/2020 | 2 | OUT | 3/10/2020 | 12:00:00 PM | 3/10/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/10/2020 | 3 | IN | 3/10/2020 | 1:00:00 PM | 3/10/2020 | 7:15:00 PM | 6.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/10/2020 | 4 | OUT | 3/10/2020 | 7:15:00 PM | 3/10/2020 | 7:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/11/2020 | 1 | XFR | 3/11/2020 | 8:16:00 AM | 3/11/2020 | 12:45:00 PM | 4.48 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/11/2020 | 2 | OUT | 3/11/2020 | 12:45:00 PM | 3/11/2020 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/11/2020 | 3 | IN | 3/11/2020 | 1:45:00 PM | 3/11/2020 | 5:15:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/11/2020 | 4 | OUT | 3/11/2020 | 5:15:00 PM | 3/11/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/12/2020 | 1 | XFR | 3/12/2020 | 8:16:00 AM | 3/12/2020 | 11:50:00 AM | 3.57 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/12/2020 | 2 | OUT | 3/12/2020 | 11:50:00 AM | 3/12/2020 | 11:50:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/12/2020 | 3 | IN | 3/12/2020 | 12:50:00 PM | 3/12/2020 | 5:19:00 PM | 4.48 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/12/2020 | 4 | OUT | 3/12/2020 | 5:19:00 PM | 3/12/2020 | 5:19:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/13/2020 | 1 | XFR | 3/13/2020 | 8:19:00 AM | 3/13/2020 | 12:00:00 PM | 3.68 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/13/2020 | 2 | OUT | 3/13/2020 | 12:00:00 PM | 3/13/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/13/2020 | 3 | IN | 3/13/2020 | 1:00:00 PM | 3/13/2020 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/13/2020 | 4 | OUT | 3/13/2020 | 5:20:00 PM | 3/13/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/16/2020 | 1 | XFR | 3/16/2020 | 8:18:00 AM | 3/16/2020 | 11:55:00 AM | 3.62 | USA12 | Regular Pay |

INTERNAL

10 of 24

| Ni,Kelly | 45083088 | 0 | 3/16/2020 | 2 | OUT | 3/16/2020 | 11:55:00 AM | 3/16/2020 | 11:55:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/16/2020 | 3 | IN | 3/16/2020 | 12:40:00 PM | 3/16/2020 | 5:03:00 PM | 4.38 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/16/2020 | 4 | OUT | 3/16/2020 | 5:03:00 PM | 3/16/2020 | 5:03:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/17/2020 | 1 | XFR | 3/17/2020 | 8:18:00 AM | 3/17/2020 | 12:55:00 PM | 4.62 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/17/2020 | 2 | OUT | 3/17/2020 | 12:55:00 PM | 3/17/2020 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/17/2020 | 3 | IN | 3/17/2020 | 1:55:00 PM | 3/17/2020 | 5:32:00 PM | 3.62 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/17/2020 | 4 | OUT | 3/17/2020 | 5:32:00 PM | 3/17/2020 | 5:32:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/18/2020 | 1 | XFR | 3/18/2020 | 8:23:00 AM | 3/18/2020 | 11:25:00 AM | 3.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/18/2020 | 2 | OUT | 3/18/2020 | 11:25:00 AM | 3/18/2020 | 11:25:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/18/2020 | 3 | IN | 3/18/2020 | 12:15:00 PM | 3/18/2020 | 5:25:00 PM | 5.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/18/2020 | 4 | OUT | 3/18/2020 | 5:25:00 PM | 3/18/2020 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/19/2020 | 1 | XFR | 3/19/2020 | 8:20:00 AM | 3/19/2020 | 11:40:00 AM | 3.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/19/2020 | 2 | OUT | 3/19/2020 | 11:40:00 AM | 3/19/2020 | 11:40:00 AM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/19/2020 | 3 | IN | 3/19/2020 | 12:30:00 PM | 3/19/2020 | 4:55:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/19/2020 | 4 | OUT | 3/19/2020 | 4:55:00 PM | 3/19/2020 | 4:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/20/2020 | 1 | XFR | 3/20/2020 | 8:13:00 AM | 3/20/2020 | 12:15:00 PM | 4.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/20/2020 | 2 | OUT | 3/20/2020 | 12:15:00 PM | 3/20/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/20/2020 | 3 | IN | 3/20/2020 | 12:45:00 PM | 3/20/2020 | 4:40:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/20/2020 | 4 | OUT | 3/20/2020 | 4:40:00 PM | 3/20/2020 | 4:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/23/2020 | 1 | XFR | 3/23/2020 | 9:00:00 AM | 3/23/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/23/2020 | 2 | OUT | 3/23/2020 | 12:00:00 PM | 3/23/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/23/2020 | 3 | IN | 3/23/2020 | 1:00:00 PM | 3/23/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/23/2020 | 4 | OUT | 3/23/2020 | 5:00:00 PM | 3/23/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/23/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/24/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/25/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/26/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/27/2020 | 1 | XFR | 3/27/2020 | 8:55:00 AM | 3/27/2020 | 12:00:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/27/2020 | 2 | OUT | 3/27/2020 | 12:00:00 PM | 3/27/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/27/2020 | 3 | IN | 3/27/2020 | 1:00:00 PM | 3/27/2020 | 4:55:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/27/2020 | 4 | OUT | 3/27/2020 | 4:55:00 PM | 3/27/2020 | 4:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/27/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/30/2020 | 1 | XFR | 3/30/2020 | 8:55:00 AM | 3/30/2020 | 12:00:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/30/2020 | 2 | OUT | 3/30/2020 | 12:00:00 PM | 3/30/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/30/2020 | 3 | IN | 3/30/2020 | 1:00:00 PM | 3/30/2020 | 4:55:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/30/2020 | 4 | OUT | 3/30/2020 | 4:55:00 PM | 3/30/2020 | 4:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/30/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 3/31/2020 | 1 | XFR | 3/31/2020 | 8:55:00 AM | 3/31/2020 | 12:00:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/31/2020 | 2 | OUT | 3/31/2020 | 12:00:00 PM | 3/31/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/31/2020 | 3 | IN | 3/31/2020 | 1:00:00 PM | 3/31/2020 | 4:55:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/31/2020 | 4 | OUT | 3/31/2020 | 4:55:00 PM | 3/31/2020 | 4:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 3/31/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/1/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |

| Ni,Kelly | 45083088 | 0 | 4/2/2020 | 1 | XFR | 4/2/2020 | 8:53:00 AM | 4/2/2020 | 12:00:00 PM | 3.12 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 4/2/2020 | 2 | OUT | 4/2/2020 | 12:00:00 PM | 4/2/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/2/2020 | 3 | IN | 4/2/2020 | 1:00:00 PM | 4/2/2020 | 4:53:00 PM | 3.88 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/2/2020 | 4 | OUT | 4/2/2020 | 4:53:00 PM | 4/2/2020 | 4:53:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/2/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/3/2020 | 1 | XFR | 4/3/2020 | 8:50:00 AM | 4/3/2020 | 12:00:00 PM | 3.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/3/2020 | 2 | OUT | 4/3/2020 | 12:00:00 PM | 4/3/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/3/2020 | 3 | IN | 4/3/2020 | 1:00:00 PM | 4/3/2020 | 4:50:00 PM | 3.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/3/2020 | 4 | OUT | 4/3/2020 | 4:50:00 PM | 4/3/2020 | 4:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/3/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/6/2020 | 1 | XFR | 4/6/2020 | 9:00:00 AM | 4/6/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/6/2020 | 2 | OUT | 4/6/2020 | 12:00:00 PM | 4/6/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/6/2020 | 3 | IN | 4/6/2020 | 1:00:00 PM | 4/6/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/6/2020 | 4 | OUT | 4/6/2020 | 5:00:00 PM | 4/6/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/6/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/7/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/8/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/9/2020 | 1 | XFR | 4/9/2020 | 9:00:00 AM | 4/9/2020 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/9/2020 | 2 | OUT | 4/9/2020 | 12:00:00 PM | 4/9/2020 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/9/2020 | 3 | IN | 4/9/2020 | 1:00:00 PM | 4/9/2020 | 5:00:00 PM | 4.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/9/2020 | 4 | OUT | 4/9/2020 | 5:00:00 PM | 4/9/2020 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/9/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/10/2020 | 1 | XFR | 4/10/2020 | 9:00:00 AM | 4/10/2020 | 12:00:00 PM | 3.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/10/2020 | 2 | OUT | 4/10/2020 | 12:00:00 PM | 4/10/2020 | 12:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/10/2020 | 3 | IN | 4/10/2020 | 1:00:00 PM | 4/10/2020 | 5:00:00 PM | 4.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/10/2020 | 4 | OUT | 4/10/2020 | 5:00:00 PM | 4/10/2020 | 5:00:00 PM | 0.00 | USA14 | Training |
| Ni,Kelly | 45083088 | 0 | 4/10/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/13/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/14/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/15/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/16/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/17/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/20/2020 | 1 | XFR | 4/20/2020 | 9:00:00 AM | 4/20/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/20/2020 | 2 | OUT | 4/20/2020 | 12:00:00 PM | 4/20/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/20/2020 | 3 | IN | 4/20/2020 | 1:00:00 PM | 4/20/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/20/2020 | 4 | OUT | 4/20/2020 | 5:00:00 PM | 4/20/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/20/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/21/2020 | 1 | XFR | 4/21/2020 | 9:00:00 AM | 4/21/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/21/2020 | 2 | OUT | 4/21/2020 | 12:00:00 PM | 4/21/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/21/2020 | 3 | IN | 4/21/2020 | 1:00:00 PM | 4/21/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/21/2020 | 4 | OUT | 4/21/2020 | 5:00:00 PM | 4/21/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/21/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |

Ni_HSBC_0000012

| Ni,Kelly | 45083088 | 0 | 4/22/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 4/23/2020 | 1 | XFR | 4/23/2020 | 9:00:00 AM | 4/23/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/23/2020 | 2 | OUT | 4/23/2020 | 12:00:00 PM | 4/23/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/23/2020 | 3 | IN | 4/23/2020 | 1:00:00 PM | 4/23/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/23/2020 | 4 | OUT | 4/23/2020 | 5:00:00 PM | 4/23/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/23/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/24/2020 | 1 | XFR | 4/24/2020 | 9:00:00 AM | 4/24/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/24/2020 | 2 | OUT | 4/24/2020 | 12:00:00 PM | 4/24/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/24/2020 | 3 | IN | 4/24/2020 | 1:00:00 PM | 4/24/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/24/2020 | 4 | OUT | 4/24/2020 | 5:00:00 PM | 4/24/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/24/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/27/2020 | 1 | XFR | 4/27/2020 | 9:00:00 AM | 4/27/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/27/2020 | 2 | OUT | 4/27/2020 | 12:00:00 PM | 4/27/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/27/2020 | 3 | IN | 4/27/2020 | 1:00:00 PM | 4/27/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/27/2020 | 4 | OUT | 4/27/2020 | 5:00:00 PM | 4/27/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/27/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/28/2020 | 1 | XFR | 4/28/2020 | 9:00:00 AM | 4/28/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/28/2020 | 2 | OUT | 4/28/2020 | 12:00:00 PM | 4/28/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/28/2020 | 3 | IN | 4/28/2020 | 1:00:00 PM | 4/28/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/28/2020 | 4 | OUT | 4/28/2020 | 5:00:00 PM | 4/28/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/28/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/29/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 4/30/2020 | 1 | XFR | 4/30/2020 | 9:05:00 AM | 4/30/2020 | 12:00:00 PM | 2.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/30/2020 | 2 | OUT | 4/30/2020 | 12:00:00 PM | 4/30/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/30/2020 | 3 | IN | 4/30/2020 | 1:00:00 PM | 4/30/2020 | 5:35:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/30/2020 | 4 | OUT | 4/30/2020 | 5:35:00 PM | 4/30/2020 | 5:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 4/30/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/1/2020 | 1 | XFR | 5/1/2020 | 8:45:00 AM | 5/1/2020 | 12:00:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/1/2020 | 2 | OUT | 5/1/2020 | 12:00:00 PM | 5/1/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/1/2020 | 3 | IN | 5/1/2020 | 1:00:00 PM | 5/1/2020 | 5:15:00 PM | 4.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/1/2020 | 4 | OUT | 5/1/2020 | 5:15:00 PM | 5/1/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/1/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/4/2020 | 1 | XFR | 5/4/2020 | 8:45:00 AM | 5/4/2020 | 12:00:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/4/2020 | 2 | OUT | 5/4/2020 | 12:00:00 PM | 5/4/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/4/2020 | 3 | IN | 5/4/2020 | 1:15:00 PM | 5/4/2020 | 5:15:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/4/2020 | 4 | OUT | 5/4/2020 | 5:15:00 PM | 5/4/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/4/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/5/2020 | 1 | XFR | 5/5/2020 | 9:00:00 AM | 5/5/2020 | 12:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/5/2020 | 2 | OUT | 5/5/2020 | 12:15:00 PM | 5/5/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/5/2020 | 3 | IN | 5/5/2020 | 1:15:00 PM | 5/5/2020 | 5:15:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/5/2020 | 4 | OUT | 5/5/2020 | 5:15:00 PM | 5/5/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/5/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/6/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 5/7/2020 | 1 | XFR | 5/7/2020 | 9:00:00 AM | 5/7/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/7/2020 | 2 | OUT | 5/7/2020 | 12:00:00 PM | 5/7/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/7/2020 | 3 | IN | 5/7/2020 | 1:00:00 PM | 5/7/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/7/2020 | 4 | OUT | 5/7/2020 | 5:00:00 PM | 5/7/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/7/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/8/2020 | 1 | XFR | 5/8/2020 | 9:00:00 AM | 5/8/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/8/2020 | 2 | OUT | 5/8/2020 | 12:00:00 PM | 5/8/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/8/2020 | 3 | IN | 5/8/2020 | 1:00:00 PM | 5/8/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/8/2020 | 4 | OUT | 5/8/2020 | 5:00:00 PM | 5/8/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/8/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/11/2020 | 1 | XFR | 5/11/2020 | 9:00:00 AM | 5/11/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/11/2020 | 2 | OUT | 5/11/2020 | 12:00:00 PM | 5/11/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/11/2020 | 3 | IN | 5/11/2020 | 1:00:00 PM | 5/11/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/11/2020 | 4 | OUT | 5/11/2020 | 5:00:00 PM | 5/11/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/11/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/12/2020 | 1 | XFR | 5/12/2020 | 9:00:00 AM | 5/12/2020 | 12:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/12/2020 | 2 | OUT | 5/12/2020 | 12:00:00 PM | 5/12/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/12/2020 | 3 | IN | 5/12/2020 | 1:00:00 PM | 5/12/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/12/2020 | 4 | OUT | 5/12/2020 | 5:00:00 PM | 5/12/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/12/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/13/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/14/2020 | 1 | XFR | 5/14/2020 | 8:50:00 AM | 5/14/2020 | 12:15:00 PM | 3.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/14/2020 | 2 | OUT | 5/14/2020 | 12:15:00 PM | 5/14/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/14/2020 | 3 | IN | 5/14/2020 | 1:15:00 PM | 5/14/2020 | 5:20:00 PM | 4.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/14/2020 | 4 | OUT | 5/14/2020 | 5:20:00 PM | 5/14/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/14/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/15/2020 | 1 | XFR | 5/15/2020 | 8:50:00 AM | 5/15/2020 | 12:00:00 PM | 3.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/15/2020 | 2 | OUT | 5/15/2020 | 12:00:00 PM | 5/15/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/15/2020 | 3 | IN | 5/15/2020 | 1:00:00 PM | 5/15/2020 | 5:20:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/15/2020 | 4 | OUT | 5/15/2020 | 5:20:00 PM | 5/15/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/15/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/18/2020 | 1 | XFR | 5/18/2020 | 8:55:00 AM | 5/18/2020 | 12:00:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/18/2020 | 2 | OUT | 5/18/2020 | 12:00:00 PM | 5/18/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/18/2020 | 3 | IN | 5/18/2020 | 1:00:00 PM | 5/18/2020 | 5:40:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/18/2020 | 4 | OUT | 5/18/2020 | 5:40:00 PM | 5/18/2020 | 5:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/18/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.25 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/19/2020 | 1 | XFR | 5/19/2020 | 8:45:00 AM | 5/19/2020 | 12:15:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/19/2020 | 2 | OUT | 5/19/2020 | 12:15:00 PM | 5/19/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/19/2020 | 3 | IN | 5/19/2020 | 1:15:00 PM | 5/19/2020 | 5:15:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/19/2020 | 4 | OUT | 5/19/2020 | 5:15:00 PM | 5/19/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/19/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/20/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/21/2020 | 1 | XFR | 5/21/2020 | 9:00:00 AM | 5/21/2020 | 1:00:00 PM | 4.00 | USA12 | Regular Pay |

| Ni,Kelly | 45083088 | 0 | 5/21/2020 | 2 | OUT | 5/21/2020 | 1:00:00 PM | 5/21/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 5/21/2020 | 3 | IN | 5/21/2020 | 2:00:00 PM | 5/21/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/21/2020 | 4 | OUT | 5/21/2020 | 5:00:00 PM | 5/21/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/21/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/22/2020 | 1 | XFR | 5/22/2020 | 9:00:00 AM | 5/22/2020 | 1:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/22/2020 | 2 | OUT | 5/22/2020 | 1:00:00 PM | 5/22/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/22/2020 | 3 | IN | 5/22/2020 | 2:00:00 PM | 5/22/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/22/2020 | 4 | OUT | 5/22/2020 | 5:00:00 PM | 5/22/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/22/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/25/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 5/26/2020 | 2 | XFR | 5/26/2020 | 9:00:00 AM | 5/26/2020 | 1:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/26/2020 | 3 | OUT | 5/26/2020 | 1:00:00 PM | 5/26/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/26/2020 | 4 | IN | 5/26/2020 | 2:00:00 PM | 5/26/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/26/2020 | 5 | OUT | 5/26/2020 | 5:00:00 PM | 5/26/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/26/2020 | 6 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/27/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | |
| Ni,Kelly | 45083088 | 0 | 5/28/2020 | 1 | XFR | 5/28/2020 | 8:50:00 AM | 5/28/2020 | 1:00:00 PM | 4.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/28/2020 | 2 | OUT | 5/28/2020 | 1:00:00 PM | 5/28/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/28/2020 | 3 | IN | 5/28/2020 | 2:00:00 PM | 5/28/2020 | 5:20:00 PM | 3.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/28/2020 | 4 | OUT | 5/28/2020 | 5:20:00 PM | 5/28/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/28/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 5/29/2020 | 1 | XFR | 5/29/2020 | 8:45:00 AM | 5/29/2020 | 1:00:00 PM | 4.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/29/2020 | 2 | OUT | 5/29/2020 | 1:00:00 PM | 5/29/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/29/2020 | 3 | IN | 5/29/2020 | 2:00:00 PM | 5/29/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/29/2020 | 4 | OUT | 5/29/2020 | 5:15:00 PM | 5/29/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 5/29/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 6/1/2020 | 1 | XFR | 6/1/2020 | 8:45:00 AM | 6/1/2020 | 12:40:00 PM | 3.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/1/2020 | 2 | OUT | 6/1/2020 | 12:40:00 PM | 6/1/2020 | 12:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/1/2020 | 3 | IN | 6/1/2020 | 1:55:00 PM | 6/1/2020 | 3:00:00 PM | 1.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/1/2020 | 4 | OUT | 6/1/2020 | 3:00:00 PM | 6/1/2020 | 3:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/1/2020 | 5 | ELAPSED | 1/1/1990 | | | | 3.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/2/2020 | 1 | XFR | 6/2/2020 | 8:40:00 AM | 6/2/2020 | 1:15:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/2/2020 | 2 | OUT | 6/2/2020 | 1:15:00 PM | 6/2/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/2/2020 | 3 | IN | 6/2/2020 | 2:20:00 PM | 6/2/2020 | 5:00:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/2/2020 | 4 | OUT | 6/2/2020 | 5:00:00 PM | 6/2/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/2/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/3/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/4/2020 | 1 | XFR | 6/4/2020 | 8:45:00 AM | 6/4/2020 | 1:15:00 PM | 4.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/4/2020 | 2 | OUT | 6/4/2020 | 1:15:00 PM | 6/4/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/4/2020 | 3 | IN | 6/4/2020 | 2:15:00 PM | 6/4/2020 | 5:00:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/4/2020 | 4 | OUT | 6/4/2020 | 5:00:00 PM | 6/4/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/4/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/5/2020 | 1 | XFR | 6/5/2020 | 8:40:00 AM | 6/5/2020 | 1:15:00 PM | 4.58 | USA12 | Regular Pay |

Ni_HSBC_0000015

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 6/5/2020 | 2 | OUT | 6/5/2020 | 1:15:00 PM | 6/5/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/5/2020 | 3 | IN | 6/5/2020 | 2:20:00 PM | 6/5/2020 | 5:00:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/5/2020 | 4 | OUT | 6/5/2020 | 5:00:00 PM | 6/5/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/5/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/8/2020 | 1 | XFR | 6/8/2020 | 8:30:00 AM | 6/8/2020 | 12:00:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/8/2020 | 2 | OUT | 6/8/2020 | 12:00:00 PM | 6/8/2020 | 12:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/8/2020 | 3 | IN | 6/8/2020 | 1:00:00 PM | 6/8/2020 | 5:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/8/2020 | 4 | OUT | 6/8/2020 | 5:00:00 PM | 6/8/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/8/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/9/2020 | 1 | XFR | 6/9/2020 | 9:00:00 AM | 6/9/2020 | 1:00:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/9/2020 | 2 | OUT | 6/9/2020 | 1:00:00 PM | 6/9/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/9/2020 | 3 | IN | 6/9/2020 | 2:00:00 PM | 6/9/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/9/2020 | 4 | OUT | 6/9/2020 | 5:00:00 PM | 6/9/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/9/2020 | 5 | ELAPSED | 1/1/1990 | | | | 1.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/10/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/11/2020 | 1 | XFR | 6/11/2020 | 8:35:00 AM | 6/11/2020 | 1:00:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/11/2020 | 2 | OUT | 6/11/2020 | 1:00:00 PM | 6/11/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/11/2020 | 3 | IN | 6/11/2020 | 2:00:00 PM | 6/11/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/11/2020 | 4 | OUT | 6/11/2020 | 5:00:00 PM | 6/11/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/11/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.58 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/12/2020 | 1 | XFR | 6/12/2020 | 8:40:00 AM | 6/12/2020 | 1:00:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/12/2020 | 2 | OUT | 6/12/2020 | 1:00:00 PM | 6/12/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/12/2020 | 3 | IN | 6/12/2020 | 2:00:00 PM | 6/12/2020 | 5:00:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/12/2020 | 4 | OUT | 6/12/2020 | 5:00:00 PM | 6/12/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/12/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.67 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/15/2020 | 1 | XFR | 6/15/2020 | 8:40:00 AM | 6/15/2020 | 1:00:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/15/2020 | 2 | OUT | 6/15/2020 | 1:00:00 PM | 6/15/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/15/2020 | 3 | IN | 6/15/2020 | 2:00:00 PM | 6/15/2020 | 5:05:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/15/2020 | 4 | OUT | 6/15/2020 | 5:05:00 PM | 6/15/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/15/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.59 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/16/2020 | 1 | XFR | 6/16/2020 | 8:50:00 AM | 6/16/2020 | 1:10:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/16/2020 | 2 | OUT | 6/16/2020 | 1:10:00 PM | 6/16/2020 | 1:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/16/2020 | 3 | IN | 6/16/2020 | 2:10:00 PM | 6/16/2020 | 5:05:00 PM | 2.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/16/2020 | 4 | OUT | 6/16/2020 | 5:05:00 PM | 6/16/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/16/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.74 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/17/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/18/2020 | 1 | XFR | 6/18/2020 | 8:35:00 AM | 6/18/2020 | 1:15:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/18/2020 | 2 | OUT | 6/18/2020 | 1:15:00 PM | 6/18/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/18/2020 | 3 | IN | 6/18/2020 | 2:15:00 PM | 6/18/2020 | 5:05:00 PM | 2.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/18/2020 | 4 | OUT | 6/18/2020 | 5:05:00 PM | 6/18/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/18/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.50 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/19/2020 | 1 | XFR | 6/19/2020 | 8:40:00 AM | 6/19/2020 | 1:00:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/19/2020 | 2 | OUT | 6/19/2020 | 1:00:00 PM | 6/19/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |

Ni_HSBC_0000016

| Ni,Kelly | 45083088 | 0 | 6/19/2020 | 3 | IN | 6/19/2020 | 2:00:00 PM | 6/19/2020 | 5:05:00 PM | 3.08 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 6/19/2020 | 4 | OUT | 6/19/2020 | 5:05:00 PM | 6/19/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/19/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.59 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/22/2020 | 1 | XFR | 6/22/2020 | 8:38:00 AM | 6/22/2020 | 12:25:00 PM | 3.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/22/2020 | 2 | OUT | 6/22/2020 | 12:25:00 PM | 6/22/2020 | 12:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/22/2020 | 3 | IN | 6/22/2020 | 1:25:00 PM | 6/22/2020 | 5:10:00 PM | 3.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/22/2020 | 4 | OUT | 6/22/2020 | 5:10:00 PM | 6/22/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/22/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.47 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/23/2020 | 1 | XFR | 6/23/2020 | 8:40:00 AM | 6/23/2020 | 1:08:00 PM | 4.47 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/23/2020 | 2 | OUT | 6/23/2020 | 1:08:00 PM | 6/23/2020 | 1:08:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/23/2020 | 3 | IN | 6/23/2020 | 2:18:00 PM | 6/23/2020 | 5:05:00 PM | 2.78 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/23/2020 | 4 | OUT | 6/23/2020 | 5:05:00 PM | 6/23/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/23/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.75 | USA04 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/24/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/25/2020 | 1 | XFR | 6/25/2020 | 8:40:00 AM | 6/25/2020 | 1:00:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/25/2020 | 2 | OUT | 6/25/2020 | 1:00:00 PM | 6/25/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/25/2020 | 3 | IN | 6/25/2020 | 2:00:00 PM | 6/25/2020 | 5:05:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/25/2020 | 4 | OUT | 6/25/2020 | 5:05:00 PM | 6/25/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/25/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.59 | USA04 | Excused Pay |
| Ni,Kelly | 45083088 | 0 | 6/26/2020 | 1 | XFR | 6/26/2020 | 8:40:00 AM | 6/26/2020 | 1:15:00 PM | 4.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/26/2020 | 2 | OUT | 6/26/2020 | 1:15:00 PM | 6/26/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/26/2020 | 3 | IN | 6/26/2020 | 2:30:00 PM | 6/26/2020 | 5:00:00 PM | 2.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/26/2020 | 4 | OUT | 6/26/2020 | 5:00:00 PM | 6/26/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/26/2020 | 5 | ELAPSED | 1/1/1990 | | | | 0.91 | USA04 | Excused Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 6/29/2020 | 1 | XFR | 6/29/2020 | 8:16:00 AM | 6/29/2020 | 1:30:00 PM | 5.23 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/29/2020 | 2 | OUT | 6/29/2020 | 1:30:00 PM | 6/29/2020 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/29/2020 | 3 | IN | 6/29/2020 | 2:30:00 PM | 6/29/2020 | 5:16:00 PM | 2.77 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/29/2020 | 4 | OUT | 6/29/2020 | 5:16:00 PM | 6/29/2020 | 5:16:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/30/2020 | 1 | XFR | 6/30/2020 | 8:15:00 AM | 6/30/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/30/2020 | 2 | OUT | 6/30/2020 | 1:00:00 PM | 6/30/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/30/2020 | 3 | IN | 6/30/2020 | 2:00:00 PM | 6/30/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 6/30/2020 | 4 | OUT | 6/30/2020 | 5:15:00 PM | 6/30/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/1/2020 | 1 | XFR | 7/1/2020 | 8:11:00 AM | 7/1/2020 | 1:15:00 PM | 5.07 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/1/2020 | 2 | OUT | 7/1/2020 | 1:15:00 PM | 7/1/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/1/2020 | 3 | IN | 7/1/2020 | 2:25:00 PM | 7/1/2020 | 5:16:00 PM | 2.85 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/1/2020 | 4 | OUT | 7/1/2020 | 5:16:00 PM | 7/1/2020 | 5:16:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/2/2020 | 1 | XFR | 7/2/2020 | 8:12:00 AM | 7/2/2020 | 1:05:00 PM | 4.88 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/2/2020 | 2 | OUT | 7/2/2020 | 1:05:00 PM | 7/2/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/2/2020 | 3 | IN | 7/2/2020 | 2:00:00 PM | 7/2/2020 | 5:12:00 PM | 3.20 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/2/2020 | 4 | OUT | 7/2/2020 | 5:12:00 PM | 7/2/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/3/2020 | 1 | XFR | 7/3/2020 | 8:10:00 AM | 7/3/2020 | 1:00:00 PM | 4.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/3/2020 | 2 | OUT | 7/3/2020 | 1:00:00 PM | 7/3/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/3/2020 | 3 | IN | 7/3/2020 | 2:00:00 PM | 7/3/2020 | 5:10:00 PM | 3.17 | USA12 | Regular Pay |

Ni_HSBC_0000017

| Ni,Kelly | 45083088 | 0 | 7/3/2020 | 4 | OUT | 7/3/2020 | 5:10:00 PM | 7/3/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 7/6/2020 | 1 | XFR | 7/6/2020 | 8:11:00 AM | 7/6/2020 | 1:00:00 PM | 4.82 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/6/2020 | 2 | OUT | 7/6/2020 | 1:00:00 PM | 7/6/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/6/2020 | 3 | IN | 7/6/2020 | 2:00:00 PM | 7/6/2020 | 5:11:00 PM | 3.18 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/6/2020 | 4 | OUT | 7/6/2020 | 5:11:00 PM | 7/6/2020 | 5:11:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/7/2020 | 1 | XFR | 7/7/2020 | 8:12:00 AM | 7/7/2020 | 1:15:00 PM | 5.05 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/7/2020 | 2 | OUT | 7/7/2020 | 1:15:00 PM | 7/7/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/7/2020 | 3 | IN | 7/7/2020 | 2:15:00 PM | 7/7/2020 | 5:12:00 PM | 2.95 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/7/2020 | 4 | OUT | 7/7/2020 | 5:12:00 PM | 7/7/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/8/2020 | 1 | XFR | 7/8/2020 | 8:12:00 AM | 7/8/2020 | 1:00:00 PM | 4.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/8/2020 | 2 | OUT | 7/8/2020 | 1:00:00 PM | 7/8/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/8/2020 | 3 | IN | 7/8/2020 | 2:15:00 PM | 7/8/2020 | 5:12:00 PM | 2.95 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/8/2020 | 4 | OUT | 7/8/2020 | 5:12:00 PM | 7/8/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/9/2020 | 1 | XFR | 7/9/2020 | 7:46:00 AM | 7/9/2020 | 1:00:00 PM | 5.23 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/9/2020 | 2 | OUT | 7/9/2020 | 1:00:00 PM | 7/9/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/9/2020 | 3 | IN | 7/9/2020 | 2:00:00 PM | 7/9/2020 | 5:01:00 PM | 3.02 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/9/2020 | 4 | OUT | 7/9/2020 | 5:01:00 PM | 7/9/2020 | 5:01:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/10/2020 | 1 | XFR | 7/10/2020 | 8:15:00 AM | 7/10/2020 | 1:15:00 PM | 5.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/10/2020 | 2 | OUT | 7/10/2020 | 1:15:00 PM | 7/10/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/11/2020 | 1 | XFR | 7/11/2020 | 9:15:00 AM | 7/11/2020 | 12:15:00 PM | 3.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/11/2020 | 2 | OUT | 7/11/2020 | 12:15:00 PM | 7/11/2020 | 12:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/13/2020 | 1 | XFR | 7/13/2020 | 8:14:00 AM | 7/13/2020 | 1:00:00 PM | 4.77 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/13/2020 | 2 | OUT | 7/13/2020 | 1:00:00 PM | 7/13/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/13/2020 | 3 | IN | 7/13/2020 | 2:00:00 PM | 7/13/2020 | 5:14:00 PM | 3.23 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/13/2020 | 4 | OUT | 7/13/2020 | 5:14:00 PM | 7/13/2020 | 5:14:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/14/2020 | 1 | XFR | 7/14/2020 | 8:15:00 AM | 7/14/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/14/2020 | 2 | OUT | 7/14/2020 | 1:00:00 PM | 7/14/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/14/2020 | 3 | IN | 7/14/2020 | 2:00:00 PM | 7/14/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/14/2020 | 4 | OUT | 7/14/2020 | 5:15:00 PM | 7/14/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/15/2020 | 1 | XFR | 7/15/2020 | 8:15:00 AM | 7/15/2020 | 1:10:00 PM | 4.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/15/2020 | 2 | OUT | 7/15/2020 | 1:10:00 PM | 7/15/2020 | 1:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/15/2020 | 3 | IN | 7/15/2020 | 2:10:00 PM | 7/15/2020 | 5:15:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/15/2020 | 4 | OUT | 7/15/2020 | 5:15:00 PM | 7/15/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/16/2020 | 1 | XFR | 7/16/2020 | 8:20:00 AM | 7/16/2020 | 1:00:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/16/2020 | 2 | OUT | 7/16/2020 | 1:00:00 PM | 7/16/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/16/2020 | 3 | IN | 7/16/2020 | 2:00:00 PM | 7/16/2020 | 5:20:00 PM | 3.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/16/2020 | 4 | OUT | 7/16/2020 | 5:20:00 PM | 7/16/2020 | 5:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/17/2020 | 1 | XFR | 7/17/2020 | 8:12:00 AM | 7/17/2020 | 1:00:00 PM | 4.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/17/2020 | 2 | OUT | 7/17/2020 | 1:00:00 PM | 7/17/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/17/2020 | 3 | IN | 7/17/2020 | 2:00:00 PM | 7/17/2020 | 5:12:00 PM | 3.20 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/17/2020 | 4 | OUT | 7/17/2020 | 5:12:00 PM | 7/17/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/20/2020 | 1 | XFR | 7/20/2020 | 8:15:00 AM | 7/20/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/20/2020 | 2 | OUT | 7/20/2020 | 1:00:00 PM | 7/20/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |

INTERNAL

Ni_HSBC_0000018

| Ni,Kelly | 45083088 | 0 | 7/20/2020 | 3 | IN | 7/20/2020 | 2:00:00 PM | 7/20/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 7/20/2020 | 4 | OUT | 7/20/2020 | 5:15:00 PM | 7/20/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/21/2020 | 1 | XFR | 7/21/2020 | 8:15:00 AM | 7/21/2020 | 1:05:00 PM | 4.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/21/2020 | 2 | OUT | 7/21/2020 | 1:05:00 PM | 7/21/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/21/2020 | 3 | IN | 7/21/2020 | 2:05:00 PM | 7/21/2020 | 5:15:00 PM | 3.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/21/2020 | 4 | OUT | 7/21/2020 | 5:15:00 PM | 7/21/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/22/2020 | 1 | XFR | 7/22/2020 | 8:15:00 AM | 7/22/2020 | 1:05:00 PM | 4.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/22/2020 | 2 | OUT | 7/22/2020 | 1:05:00 PM | 7/22/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/22/2020 | 3 | IN | 7/22/2020 | 2:05:00 PM | 7/22/2020 | 5:15:00 PM | 3.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/22/2020 | 4 | OUT | 7/22/2020 | 5:15:00 PM | 7/22/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/23/2020 | 1 | XFR | 7/23/2020 | 7:53:00 AM | 7/23/2020 | 1:05:00 PM | 5.20 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/23/2020 | 2 | OUT | 7/23/2020 | 1:05:00 PM | 7/23/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/23/2020 | 3 | IN | 7/23/2020 | 2:05:00 PM | 7/23/2020 | 4:53:00 PM | 2.80 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/23/2020 | 4 | OUT | 7/23/2020 | 4:53:00 PM | 7/23/2020 | 4:53:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/24/2020 | 1 | XFR | 7/24/2020 | 8:15:00 AM | 7/24/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/24/2020 | 2 | OUT | 7/24/2020 | 1:00:00 PM | 7/24/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/24/2020 | 3 | IN | 7/24/2020 | 2:00:00 PM | 7/24/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/24/2020 | 4 | OUT | 7/24/2020 | 5:15:00 PM | 7/24/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/27/2020 | 1 | XFR | 7/27/2020 | 8:15:00 AM | 7/27/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/27/2020 | 2 | OUT | 7/27/2020 | 1:00:00 PM | 7/27/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/27/2020 | 3 | IN | 7/27/2020 | 2:00:00 PM | 7/27/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/27/2020 | 4 | OUT | 7/27/2020 | 5:15:00 PM | 7/27/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/28/2020 | 1 | XFR | 7/28/2020 | 8:15:00 AM | 7/28/2020 | 1:30:00 PM | 5.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/28/2020 | 2 | OUT | 7/28/2020 | 1:30:00 PM | 7/28/2020 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/28/2020 | 3 | IN | 7/28/2020 | 3:00:00 PM | 7/28/2020 | 5:15:00 PM | 2.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/28/2020 | 4 | OUT | 7/28/2020 | 5:15:00 PM | 7/28/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/29/2020 | 1 | XFR | 7/29/2020 | 8:15:00 AM | 7/29/2020 | 2:15:00 PM | 6.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/29/2020 | 2 | OUT | 7/29/2020 | 2:15:00 PM | 7/29/2020 | 2:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/29/2020 | 3 | IN | 7/29/2020 | 2:45:00 PM | 7/29/2020 | 5:15:00 PM | 2.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/29/2020 | 4 | OUT | 7/29/2020 | 5:15:00 PM | 7/29/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/30/2020 | 1 | XFR | 7/30/2020 | 7:45:00 AM | 7/30/2020 | 12:05:00 PM | 4.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/30/2020 | 2 | OUT | 7/30/2020 | 12:05:00 PM | 7/30/2020 | 12:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/30/2020 | 3 | IN | 7/30/2020 | 12:55:00 PM | 7/30/2020 | 4:40:00 PM | 3.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/30/2020 | 4 | OUT | 7/30/2020 | 4:40:00 PM | 7/30/2020 | 4:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/31/2020 | 1 | XFR | 7/31/2020 | 8:15:00 AM | 7/31/2020 | 12:55:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/31/2020 | 2 | OUT | 7/31/2020 | 12:55:00 PM | 7/31/2020 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/31/2020 | 3 | IN | 7/31/2020 | 2:00:00 PM | 7/31/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 7/31/2020 | 4 | OUT | 7/31/2020 | 5:15:00 PM | 7/31/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/3/2020 | 1 | XFR | 8/3/2020 | 8:15:00 AM | 8/3/2020 | 3:15:00 PM | 7.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/3/2020 | 2 | OUT | 8/3/2020 | 3:15:00 PM | 8/3/2020 | 3:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/3/2020 | 3 | IN | 8/3/2020 | 3:40:00 PM | 8/3/2020 | 5:15:00 PM | 1.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/3/2020 | 4 | OUT | 8/3/2020 | 5:15:00 PM | 8/3/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/4/2020 | 1 | XFR | 8/4/2020 | 8:15:00 AM | 8/4/2020 | 1:15:00 PM | 5.00 | USA12 | Regular Pay |

INTERNAL

19 of 24

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 8/4/2020 | 2 | OUT | 8/4/2020 | 1:15:00 PM | 8/4/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/4/2020 | 3 | IN | 8/4/2020 | 2:45:00 PM | 8/4/2020 | 5:15:00 PM | 2.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/4/2020 | 4 | OUT | 8/4/2020 | 5:15:00 PM | 8/4/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/5/2020 | 1 | XFR | 8/5/2020 | 8:15:00 AM | 8/5/2020 | 1:25:00 PM | 5.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/5/2020 | 2 | OUT | 8/5/2020 | 1:25:00 PM | 8/5/2020 | 1:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/5/2020 | 3 | IN | 8/5/2020 | 1:45:00 PM | 8/5/2020 | 5:15:00 PM | 3.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/5/2020 | 4 | OUT | 8/5/2020 | 5:15:00 PM | 8/5/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/6/2020 | 1 | XFR | 8/6/2020 | 8:15:00 AM | 8/6/2020 | 1:00:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/6/2020 | 2 | OUT | 8/6/2020 | 1:00:00 PM | 8/6/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/6/2020 | 3 | IN | 8/6/2020 | 2:30:00 PM | 8/6/2020 | 5:15:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/6/2020 | 4 | OUT | 8/6/2020 | 5:15:00 PM | 8/6/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/7/2020 | 1 | XFR | 8/7/2020 | 8:15:00 AM | 8/7/2020 | 12:55:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/7/2020 | 2 | OUT | 8/7/2020 | 12:55:00 PM | 8/7/2020 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/7/2020 | 3 | IN | 8/7/2020 | 2:10:00 PM | 8/7/2020 | 5:15:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/7/2020 | 4 | OUT | 8/7/2020 | 5:15:00 PM | 8/7/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 8/10/2020 | 1 | XFR | 8/10/2020 | 8:15:00 AM | 8/10/2020 | 1:05:00 PM | 4.83 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/10/2020 | 2 | OUT | 8/10/2020 | 1:05:00 PM | 8/10/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/10/2020 | 3 | IN | 8/10/2020 | 2:30:00 PM | 8/10/2020 | 5:15:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/10/2020 | 4 | OUT | 8/10/2020 | 5:15:00 PM | 8/10/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/11/2020 | 1 | XFR | 8/11/2020 | 8:15:00 AM | 8/11/2020 | 1:10:00 PM | 4.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/11/2020 | 2 | OUT | 8/11/2020 | 1:10:00 PM | 8/11/2020 | 1:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/11/2020 | 3 | IN | 8/11/2020 | 2:10:00 PM | 8/11/2020 | 5:15:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/11/2020 | 4 | OUT | 8/11/2020 | 5:15:00 PM | 8/11/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/12/2020 | 1 | XFR | 8/12/2020 | 8:15:00 AM | 8/12/2020 | 1:35:00 PM | 5.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/12/2020 | 2 | OUT | 8/12/2020 | 1:35:00 PM | 8/12/2020 | 1:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/12/2020 | 3 | IN | 8/12/2020 | 2:30:00 PM | 8/12/2020 | 5:15:00 PM | 2.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/12/2020 | 4 | OUT | 8/12/2020 | 5:15:00 PM | 8/12/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/13/2020 | 1 | XFR | 8/13/2020 | 7:50:00 AM | 8/13/2020 | 12:55:00 PM | 5.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/13/2020 | 2 | OUT | 8/13/2020 | 12:55:00 PM | 8/13/2020 | 12:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/13/2020 | 3 | IN | 8/13/2020 | 2:00:00 PM | 8/13/2020 | 5:15:00 PM | 3.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/13/2020 | 4 | OUT | 8/13/2020 | 5:15:00 PM | 8/13/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/14/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 8/17/2020 | 1 | XFR | 8/17/2020 | 8:20:00 AM | 8/17/2020 | 2:20:00 PM | 6.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/17/2020 | 2 | OUT | 8/17/2020 | 2:20:00 PM | 8/17/2020 | 2:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/17/2020 | 3 | IN | 8/17/2020 | 3:35:00 PM | 8/17/2020 | 5:15:00 PM | 1.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/17/2020 | 4 | OUT | 8/17/2020 | 5:15:00 PM | 8/17/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/18/2020 | 1 | XFR | 8/18/2020 | 8:20:00 AM | 8/18/2020 | 1:05:00 PM | 4.75 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/18/2020 | 2 | OUT | 8/18/2020 | 1:05:00 PM | 8/18/2020 | 1:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/18/2020 | 3 | IN | 8/18/2020 | 1:35:00 PM | 8/18/2020 | 5:15:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/18/2020 | 4 | OUT | 8/18/2020 | 5:15:00 PM | 8/18/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/19/2020 | 1 | XFR | 8/19/2020 | 8:25:00 AM | 8/19/2020 | 2:00:00 PM | 5.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/19/2020 | 2 | OUT | 8/19/2020 | 2:00:00 PM | 8/19/2020 | 2:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/19/2020 | 3 | IN | 8/19/2020 | 3:30:00 PM | 8/19/2020 | 5:25:00 PM | 1.92 | USA12 | Regular Pay |

INTERNAL

Ni_HSBC_0000020

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 8/19/2020 | 4 | OUT | 8/19/2020 | 5:25:00 PM | 8/19/2020 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/20/2020 | 1 | XFR | 8/20/2020 | 7:45:00 AM | 8/20/2020 | 1:50:00 PM | 6.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/20/2020 | 2 | OUT | 8/20/2020 | 1:50:00 PM | 8/20/2020 | 1:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/20/2020 | 3 | IN | 8/20/2020 | 3:05:00 PM | 8/20/2020 | 5:25:00 PM | 2.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/20/2020 | 4 | OUT | 8/20/2020 | 5:25:00 PM | 8/20/2020 | 5:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/21/2020 | 1 | XFR | 8/21/2020 | 8:20:00 AM | 8/21/2020 | 12:20:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/21/2020 | 2 | OUT | 8/21/2020 | 12:20:00 PM | 8/21/2020 | 12:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/21/2020 | 3 | ELAPSED | 1/1/1990 | | | | 4.00 | USA13 | Time Off Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 8/24/2020 | 1 | XFR | 8/24/2020 | 8:15:00 AM | 8/24/2020 | 1:35:00 PM | 5.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/24/2020 | 2 | OUT | 8/24/2020 | 1:35:00 PM | 8/24/2020 | 1:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/24/2020 | 3 | IN | 8/24/2020 | 2:25:00 PM | 8/24/2020 | 5:05:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/24/2020 | 4 | OUT | 8/24/2020 | 5:05:00 PM | 8/24/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/25/2020 | 1 | XFR | 8/25/2020 | 8:17:00 AM | 8/25/2020 | 2:00:00 PM | 5.72 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/25/2020 | 2 | OUT | 8/25/2020 | 2:00:00 PM | 8/25/2020 | 2:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/25/2020 | 3 | IN | 8/25/2020 | 2:48:00 PM | 8/25/2020 | 5:05:00 PM | 2.28 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/25/2020 | 4 | OUT | 8/25/2020 | 5:05:00 PM | 8/25/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/26/2020 | 1 | XFR | 8/26/2020 | 8:20:00 AM | 8/26/2020 | 1:45:00 PM | 5.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/26/2020 | 2 | OUT | 8/26/2020 | 1:45:00 PM | 8/26/2020 | 1:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/26/2020 | 3 | IN | 8/26/2020 | 2:30:00 PM | 8/26/2020 | 5:05:00 PM | 2.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/26/2020 | 4 | OUT | 8/26/2020 | 5:05:00 PM | 8/26/2020 | 5:05:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/27/2020 | 1 | XFR | 8/27/2020 | 8:15:00 AM | 8/27/2020 | 1:40:00 PM | 5.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/27/2020 | 2 | OUT | 8/27/2020 | 1:40:00 PM | 8/27/2020 | 1:40:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/27/2020 | 3 | IN | 8/27/2020 | 2:20:00 PM | 8/27/2020 | 5:00:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/27/2020 | 4 | OUT | 8/27/2020 | 5:00:00 PM | 8/27/2020 | 5:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/28/2020 | 1 | XFR | 8/28/2020 | 8:13:00 AM | 8/28/2020 | 2:30:00 PM | 6.28 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/28/2020 | 2 | OUT | 8/28/2020 | 2:30:00 PM | 8/28/2020 | 2:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/28/2020 | 3 | IN | 8/28/2020 | 3:30:00 PM | 8/28/2020 | 5:10:00 PM | 1.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/28/2020 | 4 | OUT | 8/28/2020 | 5:10:00 PM | 8/28/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/31/2020 | 1 | XFR | 8/31/2020 | 8:17:00 AM | 8/31/2020 | 2:30:00 PM | 6.22 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/31/2020 | 2 | OUT | 8/31/2020 | 2:30:00 PM | 8/31/2020 | 2:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/31/2020 | 3 | IN | 8/31/2020 | 3:40:00 PM | 8/31/2020 | 5:15:00 PM | 1.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 8/31/2020 | 4 | OUT | 8/31/2020 | 5:15:00 PM | 8/31/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/1/2020 | 1 | XFR | 9/1/2020 | 8:18:00 AM | 9/1/2020 | 1:00:00 PM | 4.70 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/1/2020 | 2 | OUT | 9/1/2020 | 1:00:00 PM | 9/1/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/1/2020 | 3 | IN | 9/1/2020 | 1:50:00 PM | 9/1/2020 | 4:55:00 PM | 3.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/1/2020 | 4 | OUT | 9/1/2020 | 4:55:00 PM | 9/1/2020 | 4:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/2/2020 | 1 | XFR | 9/2/2020 | 8:12:00 AM | 9/2/2020 | 12:45:00 PM | 4.55 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/2/2020 | 2 | OUT | 9/2/2020 | 12:45:00 PM | 9/2/2020 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/2/2020 | 3 | IN | 9/2/2020 | 1:18:00 PM | 9/2/2020 | 5:44:00 PM | 4.43 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/2/2020 | 4 | OUT | 9/2/2020 | 5:44:00 PM | 9/2/2020 | 5:44:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/3/2020 | 1 | XFR | 9/3/2020 | 8:19:00 AM | 9/3/2020 | 1:30:00 PM | 5.18 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/3/2020 | 2 | OUT | 9/3/2020 | 1:30:00 PM | 9/3/2020 | 1:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/3/2020 | 3 | IN | 9/3/2020 | 2:30:00 PM | 9/3/2020 | 4:58:00 PM | 2.47 | USA12 | Regular Pay |

Ni_HSBC_0000021

| Ni,Kelly | 45083088 | 0 | 9/3/2020 | 4 | OUT | 9/3/2020 | 4:58:00 PM | 9/3/2020 | 4:58:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/4/2020 | 1 | XFR | 9/4/2020 | 8:12:00 AM | 9/4/2020 | 1:35:00 PM | 5.38 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/4/2020 | 2 | OUT | 9/4/2020 | 1:35:00 PM | 9/4/2020 | 1:35:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/4/2020 | 3 | IN | 9/4/2020 | 2:20:00 PM | 9/4/2020 | 4:46:00 PM | 2.43 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/4/2020 | 4 | OUT | 9/4/2020 | 4:46:00 PM | 9/4/2020 | 4:46:00 PM | 0.00 | USA12 | Regular Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 9/7/2020 | 1 | ELAPSED | 1/1/1990 | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 9/8/2020 | 2 | XFR | 9/8/2020 | 8:17:00 AM | 9/8/2020 | 1:45:00 PM | 5.47 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/8/2020 | 3 | OUT | 9/8/2020 | 1:45:00 PM | 9/8/2020 | 1:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/8/2020 | 4 | IN | 9/8/2020 | 3:10:00 PM | 9/8/2020 | 5:14:00 PM | 2.07 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/8/2020 | 5 | OUT | 9/8/2020 | 5:14:00 PM | 9/8/2020 | 5:14:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/9/2020 | 1 | XFR | 9/9/2020 | 8:22:00 AM | 9/9/2020 | 12:45:00 PM | 4.38 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/9/2020 | 2 | OUT | 9/9/2020 | 12:45:00 PM | 9/9/2020 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/9/2020 | 3 | IN | 9/9/2020 | 1:15:00 PM | 9/9/2020 | 5:13:00 PM | 3.97 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/9/2020 | 4 | OUT | 9/9/2020 | 5:13:00 PM | 9/9/2020 | 5:13:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/10/2020 | 1 | XFR | 9/10/2020 | 7:48:00 AM | 9/10/2020 | 1:15:00 PM | 5.45 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/10/2020 | 2 | OUT | 9/10/2020 | 1:15:00 PM | 9/10/2020 | 1:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/10/2020 | 3 | IN | 9/10/2020 | 1:45:00 PM | 9/10/2020 | 5:10:00 PM | 3.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/10/2020 | 4 | OUT | 9/10/2020 | 5:10:00 PM | 9/10/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/11/2020 | 1 | XFR | 9/11/2020 | 8:20:00 AM | 9/11/2020 | 1:55:00 PM | 5.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/11/2020 | 2 | OUT | 9/11/2020 | 1:55:00 PM | 9/11/2020 | 1:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/11/2020 | 3 | IN | 9/11/2020 | 3:30:00 PM | 9/11/2020 | 5:10:00 PM | 1.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/11/2020 | 4 | OUT | 9/11/2020 | 5:10:00 PM | 9/11/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/14/2020 | 1 | XFR | 9/14/2020 | 8:25:00 AM | 9/14/2020 | 3:00:00 PM | 6.58 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/14/2020 | 2 | OUT | 9/14/2020 | 3:00:00 PM | 9/14/2020 | 3:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/14/2020 | 3 | IN | 9/14/2020 | 3:30:00 PM | 9/14/2020 | 5:10:00 PM | 1.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/14/2020 | 4 | OUT | 9/14/2020 | 5:10:00 PM | 9/14/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/15/2020 | 1 | XFR | 9/15/2020 | 8:20:00 AM | 9/15/2020 | 2:00:00 PM | 5.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/15/2020 | 2 | OUT | 9/15/2020 | 2:00:00 PM | 9/15/2020 | 2:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/15/2020 | 3 | IN | 9/15/2020 | 3:30:00 PM | 9/15/2020 | 5:10:00 PM | 1.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/15/2020 | 4 | OUT | 9/15/2020 | 5:10:00 PM | 9/15/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/16/2020 | 1 | XFR | 9/16/2020 | 8:20:00 AM | 9/16/2020 | 12:45:00 PM | 4.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/16/2020 | 2 | OUT | 9/16/2020 | 12:45:00 PM | 9/16/2020 | 12:45:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/16/2020 | 3 | IN | 9/16/2020 | 1:15:00 PM | 9/16/2020 | 5:15:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/16/2020 | 4 | OUT | 9/16/2020 | 5:15:00 PM | 9/16/2020 | 5:15:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/17/2020 | 1 | XFR | 9/17/2020 | 9:23:00 AM | 9/17/2020 | 12:50:00 PM | 3.45 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/17/2020 | 2 | OUT | 9/17/2020 | 12:50:00 PM | 9/17/2020 | 12:50:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/17/2020 | 3 | IN | 9/17/2020 | 2:00:00 PM | 9/17/2020 | 6:07:00 PM | 4.12 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/17/2020 | 4 | OUT | 9/17/2020 | 6:07:00 PM | 9/17/2020 | 6:07:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/18/2020 | 1 | XFR | 9/18/2020 | 8:20:00 AM | 9/18/2020 | 1:00:00 PM | 4.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/18/2020 | 2 | OUT | 9/18/2020 | 1:00:00 PM | 9/18/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/18/2020 | 3 | IN | 9/18/2020 | 1:30:00 PM | 9/18/2020 | 5:16:00 PM | 3.77 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/18/2020 | 4 | OUT | 9/18/2020 | 5:16:00 PM | 9/18/2020 | 5:16:00 PM | 0.00 | USA12 | Regular Pay |

INTERNAL

Ni_HSBC_0000022

| Ni,Kelly | 45083088 | 0 | 9/21/2020 | 1 | XFR | 9/21/2020 | 8:21:00 AM | 9/21/2020 | 2:00:00 PM | 5.65 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 9/21/2020 | 2 | OUT | 9/21/2020 | 2:00:00 PM | 9/21/2020 | 2:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/21/2020 | 3 | IN | 9/21/2020 | 2:30:00 PM | 9/21/2020 | 5:10:00 PM | 2.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/21/2020 | 4 | OUT | 9/21/2020 | 5:10:00 PM | 9/21/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/22/2020 | 1 | XFR | 9/22/2020 | 8:22:00 AM | 9/22/2020 | 2:20:00 PM | 5.97 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/22/2020 | 2 | OUT | 9/22/2020 | 2:20:00 PM | 9/22/2020 | 2:20:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/22/2020 | 3 | IN | 9/22/2020 | 3:55:00 PM | 9/22/2020 | 5:10:00 PM | 1.25 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/22/2020 | 4 | OUT | 9/22/2020 | 5:10:00 PM | 9/22/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/23/2020 | 1 | XFR | 9/23/2020 | 8:20:00 AM | 9/23/2020 | 1:25:00 PM | 5.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/23/2020 | 2 | OUT | 9/23/2020 | 1:25:00 PM | 9/23/2020 | 1:25:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/23/2020 | 3 | IN | 9/23/2020 | 1:55:00 PM | 9/23/2020 | 4:52:00 PM | 2.95 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/23/2020 | 4 | OUT | 9/23/2020 | 4:52:00 PM | 9/23/2020 | 4:52:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/24/2020 | 1 | XFR | 9/24/2020 | 8:05:00 AM | 9/24/2020 | 1:00:00 PM | 4.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/24/2020 | 2 | OUT | 9/24/2020 | 1:00:00 PM | 9/24/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/24/2020 | 3 | IN | 9/24/2020 | 1:30:00 PM | 9/24/2020 | 5:30:00 PM | 4.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/24/2020 | 4 | OUT | 9/24/2020 | 5:30:00 PM | 9/24/2020 | 5:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/25/2020 | 1 | XFR | 9/25/2020 | 7:49:00 AM | 9/25/2020 | 12:10:00 PM | 4.35 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/25/2020 | 2 | OUT | 9/25/2020 | 12:10:00 PM | 9/25/2020 | 12:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/25/2020 | 3 | IN | 9/25/2020 | 1:20:00 PM | 9/25/2020 | 4:30:00 PM | 3.17 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/25/2020 | 4 | OUT | 9/25/2020 | 4:30:00 PM | 9/25/2020 | 4:30:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/28/2020 | 1 | XFR | 9/28/2020 | 8:16:00 AM | 9/28/2020 | 1:00:00 PM | 4.73 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/28/2020 | 2 | OUT | 9/28/2020 | 1:00:00 PM | 9/28/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/28/2020 | 3 | IN | 9/28/2020 | 1:30:00 PM | 9/28/2020 | 5:10:00 PM | 3.67 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/28/2020 | 4 | OUT | 9/28/2020 | 5:10:00 PM | 9/28/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/29/2020 | 1 | XFR | 9/29/2020 | 8:17:00 AM | 9/29/2020 | 2:22:00 PM | 6.08 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/29/2020 | 2 | OUT | 9/29/2020 | 2:22:00 PM | 9/29/2020 | 2:22:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/29/2020 | 3 | IN | 9/29/2020 | 3:45:00 PM | 9/29/2020 | 5:10:00 PM | 1.42 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/29/2020 | 4 | OUT | 9/29/2020 | 5:10:00 PM | 9/29/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/30/2020 | 1 | XFR | 9/30/2020 | 8:19:00 AM | 9/30/2020 | 1:10:00 PM | 4.85 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/30/2020 | 2 | OUT | 9/30/2020 | 1:10:00 PM | 9/30/2020 | 1:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/30/2020 | 3 | IN | 9/30/2020 | 1:40:00 PM | 9/30/2020 | 5:11:00 PM | 3.52 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 9/30/2020 | 4 | OUT | 9/30/2020 | 5:11:00 PM | 9/30/2020 | 5:11:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/1/2020 | 1 | XFR | 10/1/2020 | 8:14:00 AM | 10/1/2020 | 2:10:00 PM | 5.93 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/1/2020 | 2 | OUT | 10/1/2020 | 2:10:00 PM | 10/1/2020 | 2:10:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/1/2020 | 3 | IN | 10/1/2020 | 3:10:00 PM | 10/1/2020 | 5:12:00 PM | 2.03 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/1/2020 | 4 | OUT | 10/1/2020 | 5:12:00 PM | 10/1/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/2/2020 | 1 | XFR | 10/2/2020 | 8:17:00 AM | 10/2/2020 | 1:00:00 PM | 4.72 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/2/2020 | 2 | OUT | 10/2/2020 | 1:00:00 PM | 10/2/2020 | 1:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/2/2020 | 3 | IN | 10/2/2020 | 1:50:00 PM | 10/2/2020 | 4:53:00 PM | 3.05 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/2/2020 | 4 | OUT | 10/2/2020 | 4:53:00 PM | 10/2/2020 | 4:53:00 PM | 0.00 | USA12 | Regular Pay |
| | | | | | | | | | | | | |
| Ni,Kelly | 45083088 | 0 | 10/5/2020 | 1 | XFR | 10/5/2020 | 8:16:00 AM | 10/5/2020 | 2:46:00 PM | 6.50 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/5/2020 | 2 | OUT | 10/5/2020 | 2:46:00 PM | 10/5/2020 | 2:46:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/5/2020 | 3 | IN | 10/5/2020 | 4:01:00 PM | 10/5/2020 | 5:10:00 PM | 1.15 | USA12 | Regular Pay |

INTERNAL

Ni_HSBC_0000023

| Ni,Kelly | 45083088 | 0 | 10/5/2020 | 4 | OUT | 10/5/2020 | 5:10:00 PM | 10/5/2020 | 5:10:00 PM | 0.00 | USA12 | Regular Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni,Kelly | 45083088 | 0 | 10/6/2020 | 1 | XFR | 10/6/2020 | 8:27:00 AM | 10/6/2020 | 2:00:00 PM | 5.55 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/6/2020 | 2 | OUT | 10/6/2020 | 2:00:00 PM | 10/6/2020 | 2:00:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/6/2020 | 3 | IN | 10/6/2020 | 3:05:00 PM | 10/6/2020 | 5:12:00 PM | 2.12 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/6/2020 | 4 | OUT | 10/6/2020 | 5:12:00 PM | 10/6/2020 | 5:12:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/7/2020 | 1 | XFR | 10/7/2020 | 8:17:00 AM | 10/7/2020 | 1:55:00 PM | 5.63 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/7/2020 | 2 | OUT | 10/7/2020 | 1:55:00 PM | 10/7/2020 | 1:55:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/7/2020 | 3 | IN | 10/7/2020 | 2:55:00 PM | 10/7/2020 | 6:01:00 PM | 3.10 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/7/2020 | 4 | OUT | 10/7/2020 | 6:01:00 PM | 10/7/2020 | 6:01:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/8/2020 | 1 | XFR | 10/8/2020 | 7:51:00 AM | 10/8/2020 | 1:11:00 PM | 5.33 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/8/2020 | 2 | OUT | 10/8/2020 | 1:11:00 PM | 10/8/2020 | 1:11:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/8/2020 | 3 | IN | 10/8/2020 | 2:07:00 PM | 10/8/2020 | 5:02:00 PM | 2.92 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/8/2020 | 4 | OUT | 10/8/2020 | 5:02:00 PM | 10/8/2020 | 5:02:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2020 | 1 | XFR | 10/9/2020 | 8:00:00 AM | 10/9/2020 | 1:06:00 PM | 5.10 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2020 | 2 | OUT | 10/9/2020 | 1:06:00 PM | 10/9/2020 | 1:06:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2020 | 3 | IN | 10/9/2020 | 2:06:00 PM | 10/9/2020 | 4:42:00 PM | 2.60 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/9/2020 | 4 | OUT | 10/9/2020 | 4:42:00 PM | 10/9/2020 | 4:42:00 PM | 0.00 | USA12 | Regular Pay |
| Ni,Kelly | 45083088 | 0 | 10/12/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA07 | Holiday |
| Ni,Kelly | 45083088 | 0 | 10/13/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/14/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/15/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/16/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/19/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/20/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/21/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/22/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 8.00 | USA13 | Time Off Pay |
| Ni,Kelly | 45083088 | 0 | 10/23/2020 | 1 | ELAPSED | 1/1/1990 | | | | | 4.00 | USA13 | Time Off Pay |

Ni_HSBC_0000024