USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                                  Plaintiff,                                    23-CV-0309 (RA) (KHP)

            -against-                                 **ORDER ADJOURNING INITIAL**
                                                                      **CASE MANAGEMENT**
HSBC BANK USA, N.A.,                                       **CONFERENCE**

                                  Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Stipulation of Voluntary Dismissal filed on July 10, 2023 (doc. no 42) the Case Management Conference currently scheduled for **July 24, 2023** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
               July 10, 2023

                                                                       _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge