**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                                                              Plaintiff,

                     -against-

HSBC BANK USA, N.A.,

                                                             Defendant.
------------------------------------------------------------------X

**23-CV-0309 (RA) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed in the July 24, 2023 case management conference, Defendant is ordered to produce time records of tellers and personal bankers for a sample of 25 branches (inclusive of the branches in which plaintiff and any opt-in plaintiff worked) for the period from October 2019 to October 2020.  Defendant shall provide the names of the branch managers for each of the 25 branches during the above-referenced period.  See transcript for additional rulings and directions.

        A case management conference is scheduled on **August 22, 2023 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **As the above addresses the letter motion filed at ECF No. 47, the Clerk of the Court is respectfully requested to close the letter motion at ECF No. 47**.  Counsel are reminded that they shall file a request for a conference to discuss discovery disputes prior to filing any discovery motion.  The Court will attempt to resolve discovery disputes without the need for formal briefing.

**SO ORDERED.**

DATED:   New York, New York
         July 25, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge