# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2023

**MEMO ENDORSED**

August 21, 2023

<u>VIA ECF</u>

Hon. Katharine H. Parker, Magistrate Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

Re:   <u>*Ni v. HSBC Bank USA, N.A.*</u>, Index No. 1:23-cv-00309 (RA)(KHP)

Dear Judge Parker:

We represent Defendant HSBC Bank USA, N.A. ("Defendant") in the above-referenced matter. We write to request an adjournment of the case management conference scheduled for August 22, 2023 at 11:00 am. Defense counsel's wife has been hospitalized and thus counsel is unavailable at this time. This is the first request for adjournment of this conference and Plaintiffs consent to this adjournment.

We thank you for your consideration of this matter and apologize for the short notice.

Respectfully submitted,

*/s/ Lucas D. Hakkenberg*
Lucas D. Hakkenberg

cc: All counsel of record (via ECF).

**APPLICATION GRANTED:** The Case Management Conference scheduled on Tuesday, August 22, 2023 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, September 13, 2023 at 11:00 a.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/21/2023

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060       T +1.212.309.6000
United States                 F +1.212.309.6001