UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                        Plaintiff,

           -against-

HSBC BANK USA, N.A.,

                        Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

23-CV-0309 (RA) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the September 13, 2023 case management conference, the fact discovery deadline is extended to **January 15, 2024**.

Plaintiff's deadline to file their brief for conditional certification is **October 24, 2023**. Defendant's response is due **November 7, 2023**. Reply is due **November 22, 2023**.

By **December 1, 2023,** the parties shall file a joint status letter, updating the Court on their progress with discovery.

    **SO ORDERED.**

DATED:    New York, New York
                September 13, 2023

                                            */s/ Katharine H. Parker*
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge