UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY NI, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>HSBC BANK USA, N.A.,<br><br>　　　　　　　　　　Defendant. | 23-cv-309 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　On October 10, 2023, Plaintiff Jerry Garcia filed a notice of voluntary dismissal. Dkt. 62. His claims include those under the Fair Labor Standards Act. As such, the Court directs the parties to file a joint letter, no later than **October 18, 2023, at 5:00 p.m.**, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss Mr. Garcia's claims is not part of a settlement that would require review by this Court. *See Samake v. Thunder Lube, Inc.,* 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that the dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

　　SO ORDERED.

Dated: October 12, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge