```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                                 Plaintiff,                              23-CV-0309 (RA) (KHP)

            -against-

                                                                             **ORDER**

HSBC BANK USA, N.A.,

                                 Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed in the October 11, 2023, case management conference, both parties shall be allowed an additional five (5) pages of briefing for the motion for conditional collective certification. The Plaintiff shall be allowed to notice two (2) additional depositions, for a total (7) depositions. The length of the depositions will be governed by Federal Rules of Civil Procedure 30(d)(1).  The Defendant shall inform Plaintiff of which witnesses it can produce for depositions by **October 18, 2023**.   Parties shall prepare a joint letter and submit it to the Court by **October 20, 2023**, to provide an update on the scheduling and conduct of depositions alongside any outstanding discovery disputes. Parties shall meet and confer to agree on a date, no later than **October 30, 2023**, to complete the deposition of Plaintiff, Kelly Ni.

**SO ORDERED.**

DATED:      New York, New York
                October 12, 2023

                                                                  _Katharine H. Parker_
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge