UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY NI, et al.,<br><br>                            Plaintiffs,<br><br>     -against-<br><br>HSBC BANK USA, N.A.,<br><br>                            Defendant. | 23-cv-309 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On October 31, 2023, Plaintiff Kevoni Hayranian filed a notice of voluntary dismissal. Dkt. 80. His claims include those under the Fair Labor Standards Act. As such, the Court directs the parties to file a joint letter, no later than **November 3, 2023, at 5:00 p.m.**, confirming that the stipulation of voluntary dismissal by which the parties propose to dismiss Mr. Garcia's claims is not part of a settlement that would require review by this Court. *See Samake v. Thunder Lube, Inc.,* 24 F.4th 804, 811 (2d Cir. 2022). Specifically, the parties shall confirm that the dismissal was not secured by means of any payment, promise, or other benefit offered by defendant.

      SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                  United States District Judge