```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                              Plaintiff,

        -against-

HSBC BANK USA, N.A.,

                              Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2024

23-CV-0309 (RA) (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference is hereby scheduled for **Tuesday, February 20, 2024 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 125.

SO ORDERED.

DATED:      New York, New York
            February 9, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge