USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                         Plaintiff,                        **23-CV-0309 (AS) (KHP)**

          -against-                                      **SCHEDULING ORDER**

HSBC BANK USA, N.A.,

                        Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

Plaintiff has filed a letter motion seeking an extension of the fact discovery deadline so that lead Plaintiff may conduct the deposition of her manager, Yang Vogel ("Vogel"). ECF No. 138. Both parties have also requested a case management conference, Defendants to seek a limited protective order, and Plaintiffs in anticipation of a motion to disqualify and for sanctions. ECF Nos. 137 and 139.

A case management conference is hereby scheduled for **Monday, April 8, 2024 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. This conference will serve as both a Rule 37.2 conference to resolve issues related to the protective order, and as a pre-motion conference for the proposed motion to disqualify. Therefore, the Court also GRANTS Plaintiff's motion for an extension of the fact discovery deadline for the limited purpose of conducting Vogel's deposition. Vogel's deposition must be complete no later than **Tuesday, April 23, 2024**.

**The Clerk of the Court is directed to terminate the motions at ECF numbers 137, 138, and 139.**

**SO ORDERED.**

DATED: New York, New York
March 29, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge