USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

KELLY NI, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

                              Plaintiff,                        23-CV-0309 (RA) (KHP)

           -against-

                                                                   **ORDER**

HSBC BANK USA, N.A.,

                              Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the April 9, 2024, case management conference, and as set forth more fully on the record, Plaintiff must file the proposed motion for disqualification by **Monday, April 22, 2024**, Defendant's opposition is **Monday, May 6, 2024**, and any reply is due by **Monday, May 13, 2024**. The deadline to complete the deposition of Ms. Vogel is stayed until the motion to disqualify is adjudicated.

       The parties shall submit a joint status letter providing an update on the progress of discovery by **Wednesday, May 8, 2024.**

**SO ORDERED.**

DATED:     New York, New York
               April 9, 2024

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge