UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                              Plaintiff,

      -against-

HSBC BANK USA, N.A.,

                             Defendant.
-----------------------------------------------------------------X

23-CV-0309 (RA) (KHP)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties appeared before the undersigned for a case management conference held on August 16, 2024. As discussed at conference and set forth more fully on the record it is hereby ordered:

- By August 31, 2024, the parties will submit a joint status letter advising the Court on the results of meet and confers concerning the proposed survey of collective members, as well as a proposed briefing schedule for any motion to decertify the collective;

- Defendant will refine their document requests consistent with the discussion at the conference, and may identify an additional 10 opt-in plaintiffs who will be required to respond;

- Defendant may take up to 20 depositions of opt-in Plaintiffs, which may be up to 2.5 hours long with an additional half hour for Plaintiffs' counsel to conduct redirect examination for a total of 3 hours.

For additional rulings and directions, the parties are directed to the transcript of today's conference.

**SO ORDERED.**

DATED:   New York, New York
         August 19, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

**SO ORDERED.**

DATED:   New York, New York
         August 19, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge