```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                         Plaintiff,                    **23-CV-0309 (AS) (KHP)**

      -against-

                                                              **ORDER**

HSBC BANK USA, N.A.,

                        Defendant.
------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The undersigned has reviewed the parties' letters at ECF Nos. 257 and 258 and concludes that no conference is necessary to resolve the dispute. By **Tuesday, September 10, 2024**, the Plaintiff shall provide dates and times for Defendant's noticed depositions pursuant to the undersigned's most recent order at ECF No. 256. Defendant's opposition to the motion for class certification will be due by Tuesday, October 15, 2024.

      **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 257.**

SO ORDERED.

DATED:     New York, New York
                 September 4, 2024

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge