```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                                       Plaintiff,              23-CV-0309 (AS) (KHP)

                    -against-                                          **ORDER**

HSBC BANK USA, N.A.,

                                       Defendant.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2024

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter will be held on Wednesday, November 6, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:   New York, New York
         October 1, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge