```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY NI, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                        Plaintiff,                     23-CV-0309 (AS) (KHP)

         -against-

HSBC BANK USA, N.A.,                           ORDER SCHEDULING DISCOVERY
                                                                    CONFERENCE

                       Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Discovery Conference this matter is hereby scheduled for **Thursday, February 13, 2025 at 2:30 p.m.** in Courtroom 17D, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               January 29, 2025

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge