# Lee Litigation Group, PLLC

148 WEST 24ᵀᴴ STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188
cklee@leelitigation.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2025
```

February 3, 2025

**Via ECF**:

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**

*Katharine H Parker*      2/5/2025

**Hon. Katharine H. Parker, U.S.M.J.**

Re:   *Ni v. HSBC Bank USA, N.A.*
        Case No. 23-cv-00309-RA-KHP

Dear Judge Parker:

This firm represents Plaintiff in the above-referenced matter. We write, with consent of Defendant, to request a one-week extension of time from February 6, 2025, to February 13, 2025, to object to the Court's Report and Recommendation. Given our firm's calendar and the complexity of the facts and legal issues to be addressed, the extra week will aid in Plaintiff's counsel providing proper clarity in its briefing.

Defendant consents to this extension of time and requested a reciprocal one-week extension to respond to Plaintiff's objections, to which Plaintiff also consents.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.